# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| COREY R. MAPLES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 5:03-cv-02399-SLB-MHH |
| ) | |
| KIM T. THOMAS, ) | |
| Commissioner of the Alabama ) | |
| Department of Corrections, ) | |
| ) | |
| Respondent. ) | |

### MOTION FOR LEAVE TO WITHDRAW

Counsel for Respondent respectfully seeks leave to withdraw from representation of Respondent in this matter. Mr. Neiman is leaving the Attorney General's Office, and the other counsel of record for Respondent will continue to represent Respondent in this matter. Respondent has consented to Mr. Neiman's withdrawal.

Respectfully Submitted,

LUTHER STRANGE
*Alabama Attorney General*

  s/   John C. Neiman, Jr.
_____

John C. Neiman, Jr. ASB-8093-O68N
*Alabama Solicitor General*

1

J. Clayton Crenshaw
*Alabama Assistant Attorney General*

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Tel: (334) 353-2187
Fax: (334) 353-3637
jneiman@ago.state.al.us

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2014, the foregoing brief was filed via the Court's CM/ECF system and served by electronic means on the following: Gregory G. Garre, J. Scott Ballenger, Jessica E. Phillips, Katya Georgieva, Gary Alexion, John G. Butler, Jr., Kathy E. Brewer, Brandon C. Prince, Michael P. Hanle, Lindzy M. McQueen, Lisa Wright Borden, and Wayne Morse, Jr.

                                                               s/   John C. Neiman, Jr.
                                                             OF COUNSEL