FILED

2019 Dec-03  PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# GRADES 9 - 12

Name: _Maples_ _____ _Cecil Roy_

Address: _Hwy 2 · _____ · AL_

Entered from: _____ School ``

Date Withdrawn _____ Code ``
Homeroom Teacher _____

Social Security Number _____ Middle _____

AID _3 SCT_ Phone _707C_ _740-72___

Date of Birth _____
City and State
Race _White_ _8/22/72_

Code ``

**Column set 1**

| COURSE – SUBJECT | Grade M | Unit |
|---|---|---|
| BAS VO/AG ED | B+ 89 | .5 |
| GENERAL MATH | C 76 | .5 |
| GEOGRAPHY | C+ 78 | .5 |
| STUDY HALL | | .0 |
| GENERAL SCIEN | C 74 | .5 |
| JR ATH – BOYS | A+ 99 | .5 |
| ENGLISH I | C 73 | .5 |
| 88-89 | 11 | 0 |

| Year | Sem. | Grade | Absent | Tardy |
|---|---|---|---|---|
| 90-91 | 11 | 5 | | |

**Column set 2**

| COURSE – SUBJECT | Grade M | Unit |
|---|---|---|
| U S HISTORY | D+ 67 | .5 |
| ELEC PROD SER | B– 80 | 1.5 |
| PHYSICAL COND | A– 90 | .5 |
| ENGLISH III | F 49 | .0 |

| Year | Sem. | Grade | Absent | Tardy |
|---|---|---|---|---|
| 90-91 | 11 | 5 | | |

**Column set 3**

| COURSE – SUBJECT | Grade M | Unit |
|---|---|---|
| BAS VO/AG ED | B+ 89 | .5 |
| GENERAL MATH | D+ 68 | .5 |
| GEOGRAPHY | D 66 | .5 |
| PE | D 63 | .5 |
| GENERAL SCIEN | C 76 | .5 |
| JR ATH – BOYS | A+ 100 | .5 |
| ENGLISH I | D– 62 | .5 |
| 88-89 | 2 | 09 | 1 |

| Year | Sem. | Grade | Absent | Tardy |
|---|---|---|---|---|

**Column set 4**

| COURSE – SUBJECT | Grade M | Unit |
|---|---|---|
| U S HISTORY | C– 70 | .5 |
| ELEC PROD SER | B– 81 | 1.5 |
| PHYSICAL COND | A– 90 | .5 |
| ENGLISH III | F 52 | .0 |

| Year | Sem. | Grade | Absent | Tardy |
|---|---|---|---|---|

**Column set 5**

Date Withdrawn _____
Homeroom Teacher _____

| COURSE – SUBJECT | Grade M | Unit |
|---|---|---|
| ENGLISH II | C 73 | .5 |
| STUDY HALL | | .0 |
| BAS VO/AG ED | A– 90 | .5 |
| BIOLOGY I | D+ 68 | .5 |
| P E – BOYS | C+ 77 | .5 |
| HEALTH | D+ 69 | .5 |
| CONSUMER MATH | F 39 | .0 |
| 89-90 | 1 | 10 | |

| YEAR | Sem | Grade | Absent | Tardy | SCHOOL |
|---|---|---|---|---|---|
| | 1 | 12 | | | |

**Column set 6**

| COURSE – SUBJECT | Grade M | Unit |
|---|---|---|
| ENGLISH II | F 59 | .0 |
| STUDY HALL | | .0 |
| BAS VO/AG ED | B+ 89 | .5 |
| BIOLOGY I | C+ 77 | .5 |
| PHYSICAL COND | C 76 | .5 |
| DRIVER EDUCAT | B 86 | .5 |
| CONSUMER MATH | F 24 | .0 |
| 89-90 | 2 | 10 | B |

| YEAR | Sem | Grade | Absent | Tardy | SCHOOL |
|---|---|---|---|---|---|
| | 2 | 12 | | | |

**TOTAL UNITS** _____

## Alabama High School Graduation Exam

| | Passed | Failed |
|---|---|---|
| Date | ☐ | ☐ |
| Reading | | |
| Language | | |
| Mathematics | | |

| | Date | Date | Date |
|---|---|---|---|
| Reading | | | |
| Language | | | |
| Mathematics | | | |

ACCREDITED BY:
STATE DEP'T. OF EDUCATION.  D. _____

Education Program
9 10 11 12
☐ ☐ ☐ ☐  Advanced
☐ ☐ ☐ ☐  General
☐ ☐ ☐ ☐  Special Education
☐ ☐ ☐ ☐  Vocational

ID Number _____
Number of Subjects _____
Grade Subjects according to _____
Number in Million Rank _____
Received Diploma _____
Baccalaureat certificate _____

**WITHDRAWAL CODES**

| | |
|---|---|
| W1 Moved | W4 Exemption by Superintendent |
| W2 Promoted – Demoted | W5 Passed School Age |
| W3 Death | W6 Miscellaneous |

**School Extra-Curricular Activities**

ACTIVITIES CODE:

M = Member Only; P = President;
VP = Vice-President; O = Other;
E = Editor; C = Captain

**EXPLANATION OF SCHOLARSHIP GRADES**

| A+ | 97 – 100 |
|---|---|
| A | 94 – 96 |
| A– | 92 – 93 |
| B+ | 89 – 91 |
| B | 86 – 88 |
| B– | 83 – 85 |
| C+ | 80 – 82 |
| C | 76 – 79 |
| C– | 73 – 75 |

CONFIDENTIAL

5:03-cv-02399-KOB
10/21/2019 Evidentiary Hrg
Petitioner Exhibit No. 4

MAPLES_0000017

Achievement/Intelligence
SDETES SCORES/ACT/SAT
(Place label in grade...)

****** AHSGE OCT 1990 ******
052 MORGAN COUNTY
0180 WEST MORGAN HIGH SCH
MAPLES, CORY R.

| READING | MATH | LANGUAGE |
|---------|------|----------|
| PASS | PASS | PASS |

Homeroom Teacher   10

| Year | Sem | Grade | Absent | Tardy | School | COURSE-SUBJECT | Grade | Unit |
|------|-----|-------|--------|-------|--------|----------------|-------|------|
| | | | | | | ENGLISH III | D- 60 | .5 |
| | | | | | | ECONOMICS | F 56 | .0 |
| | | | | | | LIBRARY ASSIS | B- 82 | .5 |
| | | | | | | SOCIOLOGY | C+ 78 | .5 |
| | | | | | | CONSUMER MATH | F 48 | .0 |
| | | | | | | PHYSICAL COND | A 95 | .5 |
| | | | | | | ENGLISH IV | F 42 | .0 |
| 91-92 | 11 | | | | 2 | | | |

Homeroom Teacher

| Year | Sem | Grade | Absent | Tardy | | COURSE-SUBJECT | Grade | UNIT |
|------|-----|-------|--------|-------|---|----------------|-------|------|

MAPLES_0000018

# Scholarship and Attendance

Last   First   Middle

## Scholarship, Grades 6 - 8 (on compu...)

Place computer labels in grade sequence

CODE: A—Excellent.  B—Good.  C—Satisfactory.  D–F–U...

| COURSE – SUBJECT | Grade L/N | Unit |
|---|---|---|
| SOCIAL STUDIE | B+ 87 | .0 |
| CHORUS | A 94 | .5 |
| LIFE SCIENCE | C+ 77 | .5 |
| PE | B 84 | .5 |
| ENGLISH | D+ 67 | .0 |
| MATH | D 66 | .0 |

Homeroom Teacher C C CLEVELAND

| Year | Sem. | Grade | Absent | Tardy |
|---|---|---|---|---|
| 86–87 | 1 | 07 | 2 | 1 |

| COURSE – SUBJECT | Grade L/N | Unit |
|---|---|---|
| SOCIAL STUDIE | B+ 89 | .0 |
| BAS SKILLS MA | D+ 67 | .5 |
| LIFE SCIENCE | D 65 | .5 |
| PE | D 64 | .5 |
| ENGLISH | C 76 | .0 |
| MATH | D+ 67 | .0 |

Homeroom Teacher C C CLEVELAND

| Year | Sem. | Grade | Absent | Tardy |
|---|---|---|---|---|
| 86–87 | 2 | 07 | 6 | 1.0 |

| COURSE – SUBJECT | Grade L/N | Unit |
|---|---|---|
| ENGLISH | D 63 | .0 |
| SOCIAL STUDIE | C+ 77 | .0 |
| CHORUS | A 96 | .5 |
| PE | A- 90 | .5 |
| EARTH SCIENCE | D 66 | .0 |
| MATH | D 74 | .0 |
| Homeroom Teacher PERKS MAN | B 83 | 0 |

| Year | Sem. | Grade | Absent | Tardy |
|---|---|---|---|---|
| 87–88 | 1 | 08 | 4 | |

| COURSE – SUBJECT | Grade L/N | Unit |
|---|---|---|
| ENGLISH | C- 71 | .0 |
| SOCIAL STUDIE | B+ 88 | .0 |
| CHORUS | B+ 89 | .5 |
| PE | C 73 | .5 |
| EARTH SCIENCE | C- 72 | .0 |
| MATH | F 49 | .0 |
| Homeroom Teacher VOCATIONA | B 84 | .2 |

| Year | Sem. | Grade | Absent | Tardy |
|---|---|---|---|---|
| 87–88 | 2 | 08 | 4 | |

## ...arship – Kindergarten

...ss of

Private   ☐ Headstart

...e enclosed copy of checklist

## ...olarship, Grades 1 – 3

| 19 | 19 | 19 |
|---|---|---|

X - Indicates that child is working below grade level. He may be re-tained even though he makes A, B, C, D.

(90-100)
89)
39)
ntinued
ure will result)

## ...olarship, Grades 4 – 6

| 19 | 19 | 19 |
|---|---|---|

X - Indicates that child is working below grade level. He may be re-...

ry
provement
ctory

## ATTENDANCE Grades K - 8

| Date | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grade | | | | | | | | | | | | | |
| No. Days on Roll | | | | | | | | | | | | | |
| No. Days Present | | | | | | | | | | | | | |
| No. Days Absent | | | | | | | | | | | | | |

CONINUATION(V)/INTENSIVE TEST RECORD

## SDE TEST SCORES
*(Place labels in grade sequence)*

ALABAMA
STATEWIDE
TESTING
PROGRAM

STUDENT MAPLES,
SYSTEM MORGAN COUNTY
SCHOOL WEST MORGAN HS
STANFORD LEVEL ADVANCED

GRADE 8
AGE 14 YRS. 3 MOS.
TESTED APRIL 1988
NORMS GRADE 8.8

FORM F

### STANFORD ACHIEVEMENT TEST NATIONAL PERCENTILE RANKS AND STANINES

| | TOTAL READING | TOTAL LISTENING | TOTAL LANGUAGE | TOTAL MATH | SCIENCE | SOC. SCI. | BASIC BATTERY | COMPLETE BATTERY |
|---|---|---|---|---|---|---|---|---|
| NAT'L PR▶ | 17 | 70 | 18 | 24 | 3 | 15 | 34 | 18 |
| S▲ | 3 | 6 | 3 | 4 | 1 | 3 | 4 | 3 |

### OTIS-LENNON SCHOOL ABILITY TEST

| | |
|---|---|
| SCHOOL ABILITY INDEX | 96 |
| NAT'L AGE PR-S | 40-5 |
| NAT'L GRADE PR-S | 47-5 |

---

EMENT/TEST RECORD (Other than SDE Testing)

| ED YR | NAME OF TEST | RECOMMENDATIONS | DATE PLACED MO. DAY YR. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

---

## SPECIAL SERVICES

DATE ___ 19 ___ 19 ___ 19 ___ 19 ___ 19 ___ 19 ___ 19 ___ 19 ___ 19 ___ 19

Check if applicable:
Chapter 1: Reading/Math/Migrant
Special Education
... through Screening Committee
Tested not eligible
Placed

CONFIDENTIAL

MAPLES
STUDENT #: 7423932_P18
RECORDS: Morgan Co. Migrant Prog.
225 Point Mallard Park-9,
Decatur, Ala. 35601

**...ARY PUPIL CUMULATIVE RECORD**

...County
...or City, Alabama

| PUPIL | Last Name | First | Middle | Birthplace | Nationality | Pupil lives with |
|---|---|---|---|---|---|---|
| | Maples | Cory | Ross | Decatur AL | Am | Parents |
| FATHER | Maples | Philip | R. | Decatur AL | Am | Occupation of Parent: Construction |
| MOTHER | Maples | Lisa | | | Am | Church Affiliation: Baptist |

## ACHIEVEMENT TEST RECORD

| Name of Test | DATE Mo. Da. Yr. | READING | SPELLING | LANGUAGE | MATHEMATICS |
|---|---|---|---|---|---|
| SYSTEM MORGAN CO | STUDENT NAME MAPLES CORY AGE: 07-03 DATE APRIL 1981 | SFTAA LEVEL 11 FORM C GRADE 01 | CAT | LEVEL | |
| SFTAA NAT % OGP STANINE | | 73 2-1 6 | | | 76 2-1 6 |
| SYSTEM MORGAN CO | STUDENT NAME MAPLES CORY AGE: 08-03 DATE APRIL 1982 | SFTAA LEVEL 12 FORM C GRADE 02 CAT '77 LEVEL '70 | | | |
| SFTAA NAT % OGP STANINE | | 83 3-9 7 | 35 2-3 4 | 83 3-9 7 | 82 3-5 7 |
| SYSTEM MORGAN CO | STUDENT NAME MAPLES CORY AGE: 10-03 DATE APRIL 1984 | SFTAA LEVEL 14 FORM C GRADE 04 CAT '77 LEVEL 2 | | | |
| SFTAA NAT % INDEX STANINE | | 82 6-7 7 | 55 5-0 5 | 66 6-0 6 | 76 5-7 6 |
| NAT % INDEX STANINE | | 80 111 7 | | | |

## ATTENDANCE AND SCHOLARSHIP

CODE: A—Excellent. B—Good. C—Satisfactory. D—F—Unsatisfactory.

| Data | Grade | 1981 | 1982 | 1983 | 1984 | 19 | 19 | 19 | 19 |
|---|---|---|---|---|---|---|---|---|---|
| | Mo / Day / Yr | | | | | | | | |
| Days in School | | 175 | 175 | 175 | 175 | 175 | 175 | | |
| Days on Roll | | 175 | 175 | 175 | 175 | 175 | 175 | | |
| Days Present | | 163 | 169 | 173 | 175 | 168 | 170 | | |
| Days Unex. Ab. | | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Times Tardy | | 3 | | | | | | | |
| Arithmetic math | | A | C+ | B+ | A- | C | | | |
| Language lang. | | A | B- | A- | B+ | B- | | | |
| Reading Read | | A- | A | B+ | B | C | | | |
| Social Studies | | B | A | A- | A- | B- | | | |
| Spelling | | A | A | A | A- | C | | | |
| Writing | | C- | A | B+ | C+ | C- | | | |
| Physical Educ. | | | | | | | | | |
| Music | | B | C | C | C | C | | | |
| Cooperation | | C | A | B | C- | B- | | | |
| Self Control | | | | | | | | | |
| Study Habits | | B | C | B | C | C | | | |

MARKS BY TEACHERS:
Promoted 4-3-4 81-82   Promoted to 5 ...
...Passed to 7th (1986)

# RESIDENCE RECORD

**Schools Attended** — Final Withdrawal From School

| X | Address | Tra. No. | Trans fr. | Kon tr. | Name of School | City | Teacher | Date Ent. | Lft | Reason for withdrawal / Remarks |
|---|---------|----------|-----------|---------|----------------|------|---------|-----------|-----|-------------------------------|
| 80/81 | Rt 1 Decatur | — | X | | West Morgan | Trinity | A. Dukes | 80 | 81 | |
| 81/82 | | | ✓ | | Same | Same | J. Simms | 81 | 82 | |
| 82-83 | Rt.3 Box 184-A | 355- | ✓ | | " | " | B. Thompson | 82 | 83 | |
| 3-84 | " 2-P 35603 | Gnod | ✓ | | " | " | S. Chaney | 83 | 84 | |
| 3-85 | " | 355 | " | | " | " | O. Folkins | 84 | 85 | |
| | Dec Rt. 3 Box 184-A | 3864 | ← | | West Morgan Trinity | | (illegible) | 85 | 86 | |

## ALABAMA STATEWIDE TESTING PROGRAM

STUDENT: MAPLES, CORY
SYSTEM: MORGAN COUNTY
SCHOOL: WEST MORGAN HS
STANFORD LEVEL: INTER 2     R

GRADE: 5
AGE: 11 YRS. 3 MOS.
TESTED: APRIL 1985
FORM F    NORMS GRADE   5.8

STANFORD ACHIEVEMENT TEST — NATIONAL PERCENTILE RANKS AND STANINES

| | TOTAL READING | TOTAL LISTENING | TOTAL LANGUAGE | TOTAL MATH | SCIENCE | SOC. SCI. | BASIC BATTERY | COMPLETE BATTERY |
|---|---|---|---|---|---|---|---|---|
| NAT'L PR→ S→ | 38 4 | 86 7 | 6 2 | 18 3 | 58 5 | 50 5 | 19 3 | 50 5 |

OTIS-LENNON SCHOOL ABILITY TEST

| | |
|---|---|
| SCHOOL ABILITY INDEX | 107 |
| NAT'L AGE PR-S | 67—6 |
| NAT'L GRADE PR-S | 74—6 |

**Handicaps** — **Hobbies** — **Summary Statements**

CONFIDENTIAL

THE
# VACATION BIBLE SCHOOL
## OF

*Bellview Baptist Church*

*Decatur, Alabama*
CITY                    STATE

For Enrolment
Attendance and Cooperation
AWARDS THIS CERTIFICATE TO

*Cory Maples*

*Younger Children*          *Pat Morgan*
DEPARTMENT                              VBS DIRECTOR
*Jean Schlanger*          *Bro. Scotty Hogan*
DEPARTMENT DIRECTOR                        PASTOR
DATE   *June 7-11, 1982*

CODE 4387-32 VB-732, BROADMAN SUPPLIES, NASHVILLE, TENNESSEE, PRINTED IN U.S.A.

---

THE
# VACATION BIBLE SCHOOL
## OF

*Bellview Baptist Church*

*Decatur, Alabama*
CITY                    STATE

For Enrolment
Attendance and Cooperation
AWARDS THIS CERTIFICATE TO

*Cory Maples*

*4-5 yr. Olds*          *Pat Morgan*
DEPARTMENT                              VBS DIRECTOR
*Faye Hembree*          *Bro. Scotty Hogan*
DEPARTMENT DIRECTOR                        PASTOR
DATE   *June 9-13, 1980*

CODE 4387-32 VB-732, BROADMAN SUPPLIES, NASHVILLE, TENNESSEE, PRINTED IN U.S.A.

CONFIDENTIAL

**WEST MORGAN HIGH SCHOOL**
261 South Greenway Drive
Trinity, Alabama 35673

Mr. Robert L. Perkins
Sullivan and Cromwell
125 Broad Street
New York, New York   10004- 2498

# DECATUR CITY SCHOOLS
## DECATUR, ALABAMA

NAME *Cory Maples*

SCHOOL *G. Bibb*          GRADE *K*

*This Report Card Holder Furnished by*

*"YOUR PARENT, TEACHER AND STUDENT STORE!"*



J&J SCHOOL SUPPLY

1030 5th AVE, S.E. DECATUR ALA.

"DELIVERY SERVICE TO ALL SCHOOLS"
PHONE 350-0490

## WE APPRECIATE THE YOUTH OF TODAY
## AS THE LEADERS OF TOMORROW

CONFIDENTIAL

## DECATUR CITY SCHOOLS

### Decatur, Alabama

### KINDERGARTEN REPORT

19 _79_ 19 _80_

Name _Cory Maples_

Teacher _Betty Howell_

School _Gordon Bibb_

To Parent or Guardian:

   This report indicates the progress in studies and in behavior made by the pupil during the past six weeks' period of the school year.

   Parents wishing to confer with their child's teacher are asked to call the school and arrange a convenient time for a conference.

BYRON B. NELSON, JR.
**Superintendent**



CONFIDENTIAL

Case 5:03-cv-02399-KOB   Document 184-3   Filed 12/03/19   Page 11 of 71

**MARKING SYSTEM:**

S — IS DEVELOPING SATISFACTORILY     I — IS IMPROVING

N — NEEDS HELP

## Study ACADEMIC SKILLS

| ACADEMIC SKILLS | 1st 6 WKS. | 2nd 6 WKS. | 3rd 6 WKS. | 4th 6 WKS. | 5th 6 WKS. | 6th 6 WKS. |
|---|---|---|---|---|---|---|
| Follows directions | | S- | S- | S | N | I |
| Listens attentively | | S- | S- | S- | N | I |
| Works without disturbing others | | S- | S- | S- | N | I |
| Identifies concepts such as first/last | | S | S | S | S | S |
| Knows colors | | S | S | S | S | S |
| Recognizes name | | N | N | N | N | N |
| Knows address | | I | - | - | - | I |
| Knows telephone number | | S | S | S | S | S |
| Identifies parts of body | | I | S | S | S | S |
| Distinguishes left from right | | S | S | S | S | S |
| Displays curiosity and interest in surroundings | | I | S | S | S | S |
| Holds crayon and pencil correctly | | I | S | S | S | S |
| Identifies likenesses and differences in objects, pictures, and sounds | | S | S | S | S | S |
| Identifies different sizes | | S | S | S | S | S |
| Recognizes numbers | | S | S | S | S | S |
| Recognizes basic shapes | | S | - | S | S | S |
| Understands counting order | | S | S | S | S | S |
| Understands that coins have specified values | | - | - | S | S | S |
| Speaks clearly | | S | S | S | S | S |
| Uses complete sentences | | S | S | S | S | S |
| Tells events and stories in sequence | | S | S | S | S | S |
| Enjoys books, stories, poems, music, and art | | S | S | S | S | S |
| Repeats simple nursery rhymes | | S | S | S | S | S |

## PHYSICAL SKILLS

| PHYSICAL SKILLS | 1st 6 WKS. | 2nd 6 WKS. | 3rd 6 WKS. | 4th 6 WKS. | 5th 6 WKS. | 6th 6 WKS. |
|---|---|---|---|---|---|---|
| Bounces, throws, and catches ball | | S | S | S | S | S |
| Walks on balance beam | | S | S | S | S | S |
| Marches, jumps, hops, runs, and skips | | S | S | S | S | S |
| Ties shoes | | S | S | S | S | S |
| Manages clothes | | S | S | S | S | S |
| Works puzzles | | S | S | S | S | S |
| Uses scissors effectively | | I | I | S | S | S |

## SOCIAL SKILLS

| SOCIAL SKILLS | 1st 6 WKS. | 2nd 6 WKS. | 3rd 6 WKS. | 4th 6 WKS. | 5th 6 WKS. | 6th 6 WKS. |
|---|---|---|---|---|---|---|
| Uses good table manners | | S | talking S- | S- | N | I |
| Shares with others | | S- | better I | S- | N | S |
| Shows patience | | I | I | S- | N | I |
| Works and plays well with others | | S- | S | S | S | S |
| Accepts responsibility | | S | S | S | S | S |
| Interacts with others | | S | S | S | S | S |
| Takes care of materials | | S | S | S | S | S |
| Uses free time constructively | | S | S | S | S | S |
| Obeys cheerfully and quickly | | N | I | S- | N | I |
| Observes rules | | S- | S- | S- | N | I |

CONFIDENTIAL

## 1ST SIX WEEKS

| Teacher Comment | Parent Comment |
|---|---|
| Cory is settling down some. Continue to talk with him. Thank you for your help   B.H | *Lisa Maples* |
| | **PARENT SIGNATURE** |

## 2ND SIX WEEKS

| Teacher Comment | Parent Comment |
|---|---|
| Cory could use help in cutting + coloring. Anything with his hands to use the small muscles.   B.H. | *Lisa Maples* |
| | **PARENT SIGNATURE** |

## 3RD SIX WEEKS

| Teacher Comment | Parent Comment |
|---|---|
| | *Lisa Maples* |
| | **PARENT SIGNATURE** |

## 4TH SIX WEEKS

| Teacher Comment | Parent Comment |
|---|---|
| | *Lisa Maples* |
| | **PARENT SIGNATURE** |

## 5TH SIX WEEKS

| Teacher Comment | Parent Comment |
|---|---|
| I realize that the adjustment to a new teacher is part of Cory's difficulties. Any help you can offer from home with his behavior would be appreciated.   SM | *Lisa Maples* |
| | **PARENT SIGNATURE** |

## 6TH SIX WEEKS

| Teacher Comment | Parent Comment |
|---|---|
| | |
| | **PARENT SIGNATURE** |

## ATTENDANCE

| | 1st 6 WKS. | 2nd 6 WKS. | 3rd 6 WKS. | 4th 6 WKS. | 5th 6 WKS. | 6th 6 WKS. |
|---|---|---|---|---|---|---|
| Days Present | 23 | 27 | 22 | 27 | 26 | 24 |
| Days Absent | 3 | 3 | 4 | 3 | 3 | 10 |
| Times Tardy | | | | | 1 | |

CONFIDENTIAL

MAPLES_0000447

**In Life, As In Baseball,
The Important Thing Is To
GET HOME SAFE !**

## — SAFETY RULES —

1. Cross streets only at corners, look left and right, and be sure before you go.

2. Roller skating or playing with scooters or wagons in streets where autos are numerous, endangers life and limb. Stay on sidewalks, or vacant lots for your play.

3. Never touch or step on dangling wires, they may be ALIVE with electricity.

4. Firearms are deadly. Leave them alone, unless in the company of an ADULT.

5. Gasoline or cleaning fluids are dangerous. Never play with these, or strike matches near either, or have near a fire.

6. Never play near a fire or allow smaller children near a fire.

7. Learn to protect yourself, and others.

HENDERSON ADVERTISING ASSOCIATES, INC.
P.O. BOX 7057 — ATLANTA, GEORGIA 30357

MAPLES_0000448

# MORGAN COUNTY SCHOOLS

NAME **Cory Maples**

SCHOOL **West Morgan**   GRADE **1**

*This Report Card Holder Furnished by*

# First Alabama
## Bank of Hartselle

*"We Appreciate the Youth of Today*
*As the Leaders of Tomorrow"*





Each depositor insured to $40,000

FEDERAL DEPOSIT INSURANCE CORPORATION

CONFIDENTIAL

# MORGAN COUNTY SCHOOLS
## PROGRESS REPORT

19 _80_ , 19 _81_

SCHOOL _West Morgan_

PUPIL _Cory Maples_

TEACHER _Mrs. Dukes_

GRADE _1_

☆     ☆     ☆

To Parents:

This report is intended to aid you in understanding the opinion of this school regarding the progress of your child.  Each child should compete with his own record, not with the record of other children.

It is the aim of our school to help your child grow into a good citizen.

You are invited to visit the school often and to discuss your child's progress with the teacher.

_W. Hawk_ _____ Principal

CONFIDENTIAL

## PROGRESS IN CITIZENSHIP

**REPORTING PERIODS**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **HEALTHFUL LIVING:** | | | | | | |
| Practices safety and health rules | Yes | Yes | Yes | Yes | Yes | Yes |
| Shows interest in physical growth | Yes | Yes | Yes | Yes | Yes | Yes |
| Keeps neat and clean | Yes | Yes | Yes | Yes | Yes | Yes |
| **SOCIAL LIVING:** | | | | | | |
| Gets along well with others; leads some of time; follows some of time, is fair | Sometimes | Yes | Yes | Yes | Yes | Yes |
| Depends on self | Yes | Yes | Yes | Yes | Yes | Yes |
| Is friendly and helpful to others | Sometimes | Yes | Yes | Yes | Yes | Yes |
| Shows respect for property and rights of others | Yes | Yes | Yes | Yes | Yes | Yes |
| **WORK HABITS:** | | | | | | |
| Has high standards of work | Sometimes | Sometimes | Yes | Yes | Yes | Yes |
| Takes responsibility for own and group success | Yes | Yes | Yes | Yes | Yes | Yes |
| Starts and finishes work on time | Yes | Yes | Yes | Yes | No | Yes |
| **PLAY HABITS:** | | | | | | |
| Takes part in play | Yes | Yes | Yes | Yes | Yes | Yes |
| Abides by rules of game | Sometimes | Yes | Yes | Yes | Yes | Yes |
| Likes to play with group | Yes | Yes | Yes | Yes | Yes | Yes |

## PROGRESS IN SCHOOL SUBJECTS:     Mark

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Reading | *Readiness* | B+ | B+ | A | A | A |
| Spelling | | | | A- | A | |
| Writing | | C- | C | C+ | D | C |
| Language | | | | | | |
| Arithmetic | | A- | A- | A | A- | A |
| ~~Social Studies~~ Conduct C | | C | C | C | C | C |
| Science | | | | | | |
| Health | | | | | | |
| Music Activities | | | | | | |
| Art Activities | | | | | | |

**Reporting Periods**                    **Comments (Teacher)**

1. Cory is doing very well in reading. I'm proud of his progress.
2.
3.
4.
5. Cory is very careless with his work. He often has to do it twice.
6.

**MARKS:**
A — Excellent
B — Good
C — Average
D — Below Average
F — Failure

## ATTENDANCE:

Regular attendance is necessary, if your child is to keep interested and make satisfactory progress.

### Reporting Periods

|  | 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|---|
| Days Present | 25 | 27 | 25 | 27 | 29 | 31 |
| Days Absent | 2 | 3 | 2 | 3 | 1 | 1 |
| Times Tardy | 0 | 0 | 0 | 0 | 0 | 0 |

## PARENT'S COMMENT:

1st _____

Signature _Lisa Maples_

2nd _____

Signature _Lisa Maples_

3rd _____

Signature _Lisa Maples_

4th _____

Signature _Lisa Maples_

5th _____

Signature _Lisa Maples_

6th _____

Signature _____

This child will begin work next year in    2    6
                                          Grade   Level

PRINCIPAL _____

CONFIDENTIAL

MAPLES_0000008

### In Life, As In Baseball, The Important Thing Is To GET HOME SAFE !

**— SAFETY RULES —**

1. Cross streets only at corners, look left and right, and be sure before you go.

2. Roller skating or playing with scooters or wagons in streets where autos are numerous, endangers life and limb. Stay on sidewalks, or vacant lots for your play.

3. Never touch or step on dangling wires, they may be ALIVE with electricity.

4. Firearms are deadly. Leave them alone, unless in the company of an ADULT.

5. Gasoline or cleaning fluids are dangerous. Never play with these, or strike matches near either, or have near a fire.

6. Never play near a fire or allow smaller children near a fire.

7. Learn to protect yourself, and others.

HENDERSON ADVERTISING ASSOCIATES, INC.
P. O. BOX 7057 — ATLANTA, GEORGIA 30305

CONFIDENTIAL
MAPLES_0000009

# MORGAN COUNTY SCHOOLS

## PROGRESS REPORT

19 __81__ , 19 __82__

SCHOOL __West Morgan__

PUPIL __Cory Maples__

TEACHER __Mrs. Simms__

GRADE __2nd__

☆　　☆　　☆

To Parents:

This report is intended to aid you in understanding the opinion of this school regarding the progress of your child. Each child should compete with his own record, not with the record of other children.

It is the aim of our school to help your child grow into a good citizen.

You are invited to visit the school often and to discuss your child's progress with the teacher.

__Willard Hawk_____ Principal

MAPLES 0000440

## PROGRESS IN CITIZENSHIP   I = Improving          REPORTING PERIODS

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **HEALTHFUL LIVING:** | | | | | | |
| Practices safety and health rules | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Shows interest in physical growth | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Keeps neat and clean | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **SOCIAL LIVING:** | | | | | | |
| Gets along well with others; leads some of time; follows some of time, is fair | I | OK | ✓ | I | I | Much better! |
| Depends on self | I | OK | OK | OK | ✓ | ✓ |
| Is friendly and helpful to others | OK | ok | OK | OK | ✓ | ✓ |
| Shows respect for property and rights of others | OK | OK | NO | I | OK | I |
| **WORK HABITS:** | | | | | | |
| Has high standards of work | NO | NO | NO | NO | I | I |
| Takes responsibility for own and group success | ✓ | ✓ | ✓ | NO | I | Better |
| Starts and finishes work on time | ✓ | ✓ | OK | ✓ | ✓ | NO! |
| **PLAY HABITS:** | | | | | | |
| Takes part in play | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Abides by rules of game | ✓ | ✓ | ✓ | OK | ✓ | ✓ |
| Likes to play with group | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

## PROGRESS IN SCHOOL SUBJECTS:   Mark

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Reading | B+ | B | B | B+ | B | A− |
| Spelling | A | A | A | A | A | A |
| Writing | C+ | B− | C− | C+ | B | B− |
| Language | | B | C+ | C | A | B |
| Arithmetic | A− | C | B | C | C+ | C |
| Social Studies | | | | | | |
| Science | | | | A− | B | B |
| Health | | Good | ✓ | | | |
| Music Activities | B | B | B | C+ | C+ | B− |
| Art Activities | B | B | B | B | B− | B− |
| Conduct | C+ | B | B | B | B− | B |

## Reporting Periods                    Comments (Teacher)

1. Reading level - 2nd grade. Let's work on reading fluency & comprehension.
2. Reading comprehension (silent reading) is a problem for him. Math - is mostly carelessness.
3. Cory does not put forth his best effort.
4. Cory's reading has improved alot but he has not been doing SRA each day (this is part of his reading grade) so it brought his grade down. Cory talks (no matter where
5. I move him) so he his trouble getting his work done, muchless SRA.
6. Cory's attitude has greatly improved since I talked with you last. You're really helping him keep up the good work - Keep pushing him. A boy as bright as he is should do well in school. Please keep me informed on his progress next year. Good luck!

**MARKS:**
A — Excellent
B — Good
C — Average
D — Below Average
F — Failure

CONFIDENTIAL

## ATTENDANCE:

**Regular attendance is necessary, if your child is to keep interested and make satisfactory progress.**

### Reporting Periods

|  | 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|---|
| Days Present | 28 | 25 | 26 | 29 | 31 | 31 |
| Days Absent | 1 | 0 | 0 | 2 | 2 | 1 |
| Times Tardy | 0 | 0 | 0 | 1 | 2 | 0 |

## PARENT'S COMMENT:

1st _I feel I have worked with_
_him on reading + writing. I hope to see some_
_improvement in the next six weeks._
Signature _Lisa Maples_

2nd _I don't understand_
_____
_will_
Signature _Lisa Maples_

3rd _____
_____
Signature _Lisa Maples_

4th _____
_____
Signature _Lisa Maples_

5th _____
_____
Signature _Lisa Maples_

6th _____
_____
Signature _____

This child will begin work next year in __3rd__
Grade _____ Level

PRINCIPAL _____

CONFIDENTIAL

# MORGAN COUNTY SCHOOLS
## PROGRESS REPORT

19 _82_, 19 _83_

SCHOOL _West Morgan_

PUPIL _Cory Maples_

TEACHER _B. Thompson_

GRADE _3_

☆   ☆   ☆

To Parents:

    This report is intended to aid you in understanding the opinion of this school regarding the progress of your child.   Each child should compete with his own record, not with the record of other children.

    It is the aim of our school to help your child grow into a good citizen.

    You are invited to visit the school often and to discuss your child's progress with the teacher.

_H. Sanders_ _____ **Principal**

CONFIDENTIAL

## PROGRESS IN CITIZENSHIP

**REPORTING PERIODS**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **HEALTHFUL LIVING:** | | | | | | |
| Practices safety and health rules | yes | yes | yes | yes | yes | yes |
| Shows interest in physical growth | yes | yes | yes | yes | yes | yes |
| Keeps neat and clean | yes | yes | yes | yes | yes | yes |
| **SOCIAL LIVING:** | | | | | | |
| Gets along well with others; leads some of time; follows some of time, is fair | yes | yes | yes | not always | no | no |
| Depends on self | not always | no | no | no | no | no |
| Is friendly and helpful to others | yes | yes | yes | not always | no | no |
| Shows respect for property and rights of others | yes | yes | yes | yes | yes | yes |
| **WORK HABITS:** | | | | | | |
| Has high standards of work | yes | yes | yes | yes | yes | yes |
| Takes responsibility for own and group success | not always | no | yes | yes | yes | yes |
| Starts and finishes work on time | not always | yes | yes | yes | yes | yes |
| **PLAY HABITS:** | | | | | | |
| Takes part in play | yes | yes | yes | yes | yes | yes |
| Abides by rules of game | yes | yes | yes | yes | yes | yes |
| Likes to play with group | yes | yes | yes | yes | yes | yes |

| PROGRESS IN SCHOOL SUBJECTS: **Mark** | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Reading | A- | B+ | A | B- | B+ | B |
| Spelling | A | A | A | A | A | A |
| Writing | | B+ | B | B | B- | B |
| Language | A- | A- | A- | A | A- | A |
| Arithmetic | A- | A- | B | B+ | B+ | A- |
| Social Studies | A+ | A | A- | | | |
| Science | | | | | | |
| Health | | | | A | A | A |
| Music Activities | | | | | | |
| Art Activities    Conduct | C | C | C+ | C | D+ | C+ |

**Reporting Periods**                    **Comments (Teacher)**

1. _Cory needs to listen more and talk less._

2. _____

3. _____

4. _Cory needs to take his work serious._

5. _Cory's conduct is not improving._

6. _____

**MARKS:**
A — Excellent
B — Good
C — Average
D — Below Average
F — Failure

CONFIDENTIAL

## ATTENDANCE:

Regular attendance is necessary, if your child is to keep interested and make satisfactory progress.

### Reporting Periods

| | 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|---|
| Days Present | 29 | 28 | 22 | 29 | 28 | 37 |
| Days Absent | 0 | 1 | 0 | 0 | 0 | 1 |
| Times Tardy | 0 | 0 | 0 | 0 | 0 | 0 |

## PARENT'S COMMENT:

1st _____

Signature *Lisa Maples*

2nd _____

Signature *Lisa Maples*

3rd _____

Signature *Lisa Maples*

4th _____

Signature *Lisa Maples*

5th _____

Signature *Lisa Maples*

6th _____

Signature _____

This child will begin work next year in _____4th_____

Grade          Level

PRINCIPAL *H. Sanders*

MAPLES_0000363

# MORGAN COUNTY SCHOOLS
## PROGRESS REPORT
### GRADES 4 - 6

School Year _1984-85_

SCHOOL _West Morgan_

PUPIL _Cory Maples_

TEACHER _Mrs. Filkins_

GRADE _5th._

★   ★   ★

To Parents:

This report is intended to aid you in understanding the opinion of this school regarding the progress of your child. Each child should compete with his own record, not with the record of other children.

It is the aim of our school to help your child grow into a good citizen.

You are invited to visit the school often and to discuss your child's progress with the teacher.

_Mr. Burley_ _____ Principal

MAPLES_0000002

## CITIZENSHIP AND SOCIAL DEVELOPMENT

| Reporting Period | 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|---|
| Listens and follows directions | N | N | N | N | N | N |
| Obeys school rules | I | I | I | I | I | N |
| Cooperates with others | N | I | N | N | N | N |
| Starts and finishes work on time | N | N | N | N | N | N |
| Completes homework assignments | I | N | N | N | N | N |
| Courteous and uses good manners | N | N | N | I | N | N |
| Works independently | N | N | N | N | N | M |
| Accepts responsibility for property and materials | M | M | M | M | M | M |
| Brings necessary materials to class | N | M | N | M | M | M |
| Controls excessive talking | N | N | N | I | N | N |

**CODE:**
M - Most of Time
I - Improving
N - Needs to Improve

## SUBJECT

| SUBJECT | 1 | 2 | 3 | 4 | 5 | 6 | FINAL GRADE |
|---|---|---|---|---|---|---|---|
| Conduct | C | C | D | D- | F | F | D- |
| Arithmetic | C+ | C | B+ | B | F | F | C |
| Language | C | C | C | C- | D+ | D | D+ |
| Reading | B- | B+ | B+ | B- | D | D+ | C+ |
| Health/Science | B- | B | C | B | B- | B+ | B |
| Social Studies | B- | C | C- | B- | D+ | B- | C+ |
| Spelling | B- | B | C | B- | B | B+ | C+ |
| Writing | B | B | B | B+ | | B | B- |
| Physical Education | | | | | | | B |
| Art | | | | | | | |

**CODE:**

A - Excellent (90 - 100)
B - Good (80 - 89)
C - Fair (70 - 79)
D - Poor (60 - 69)
F - 0 - 59
(if continued failure will result)

X - Indicates that child is working below grade level. He may be retained even though he makes A, B, C, or D.

* - Grade is from a special teacher

| CONFERENCE RECORD | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Teacher request (please check) | | | | | | |
| Parent request (please check) | | | | | | |
| Date held | | | | | | |

| POSSIBLE RETENTION (if checked, indicates child may be retained) | | | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | | | | | | |

## ATTENDANCE:

Regular attendance is necessary if your child is to keep interested and make satisfactory progress.

**REPORTING PERIODS**

| | 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|---|
| Days Present | 28 | 27 | 18 | 35 | 34 | 26 |
| Days Absent | 1 | 1 | 3 | 1 | 1 | 1 |
| Times Tardy | 0 | 0 | 0 | 0 | 0 | 0 |

CONFIDENTIAL

MAPLES_0000003

**1st Six Weeks - Teacher Comments:** _____

_____

**Parent Comments:** _____

_____

_____

*Lisa Maples*

Parent's Signature

**2nd Six Weeks - Teacher Comments:** _____

_____

**Parent Comments:** *This is a terrible report card. I am very disappointed and would question... I'm still in hope of improvement but I just don't know anymore*

Parent's Signature *Lisa Maples*

**3rd Six Weeks - Teacher Comments:** _____

_____

**Parent Comments:** _____

_____

_____

Parent's Signature *Lisa Maples*

**4th Six Weeks - Teacher Comments:** *Cory did not hand in all of his writing*

**Parent Comments:** *Just don't understand it. Cory doesn't want to do better. He makes telling me his work is done - guess I'll try another tactic and hope for a better card.*

Parent's Signature *Lisa Maples*

**5th Six Weeks - Teacher Comments:** _____

_____

**Parent Comments:** *Lisa Maples*

_____

_____

Parent's Signature

**6th Six Weeks - Teacher Comments:** _____

**Grade placement for next year:** *6th.*

CONFIDENTIAL
MAPLES_0000004

## GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 89-90 | 1 | 10 | D JARNAGIN | 006 | WEST MORGAN SCHOOL |

| | | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | COURSE DESCRIPTION | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | TEACHER |
| 1023 | ENGLISH II | 70 | 3, | 74 | 1, 3, | 71 | 1, | | 78 C | H WALKER |
| 0010 | STUDY HALL | | | | | | | | | J BYRAM |
| 0977 | BAS VO/AG ED I | 90 | | 91 | | 93 | | | 85 A- | B DUTTON |
| 1054 | BIOLOGY I | 71 | 1, | 79 | 1, | 79 | 1, | | 53 D+ | Y RANDOLPH |
| 0060 | P E - BOYS | 80 | | 84 | | 50 | | | 95 B | R BOWLING |
| 1051 | HEALTH | 74 | | 66 | | 75 | | | 55 D+ | J BLAGBURN |
| 1033 | CONSUMER MATH | 45 | 3, 7, | 39 | 3, 7, | 42 | 7, | | 29 F | T BRAMLETT |

| | | |
|---|---|---|
| A+ 97 | | 6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS |
| A 93 | 100 | 7 - POOR WORK HABITS |
| A- 90 | 96 | 8 - DISTURBS CLASSROOM LEARNING SITUATION |
| B+ 87 | 92 | 9 - FAILS TO BRING WORKING MATERIALS TO CLASS |
| B 83 | 86 | 10 - PARENT CONFERENCE NEEDED |
| B- 80 | 82 | |
| C+ 77 | 79 | |
| C 73 | 76 | |
| C- 70 | 72 | |
| D+ 67 | 69 | |
| D 63 | 66 | |
| D- 60 | 62 | |
| F BELOW 60 | | |

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY

| | |
|---|---|
| ABSENCES | 0 |
| TARDIES | 0 |

CONFIDENTIAL

TARDIES 0
ABSENCES 0

| Course | | | | | Teacher |
|---|---|---|---|---|---|
| 1053 CONSUMER MATH | [illegible] | [illegible] | [illegible] | [illegible] | T BRAMLETT |
| 1051 HEALTH | [illegible] | [illegible] | [illegible] | [illegible] | T BLACKBURN |
| 0040 P. E. - BOYS | 90 | 84 | [illegible] | [illegible] | S BOWLING |
| 1024 BIOLOGY I | [illegible] | [illegible] | [illegible] | [illegible] | Y RANDOLPH |
| 0877 PRE VOC ED I | [illegible] | [illegible] | [illegible] | [illegible] | S SUTTON |
| 0010 STUDY HALL | | [illegible] | | | J BYRAM |
| 1033 ENGLISH II | [illegible] | [illegible] | [illegible] | [illegible] | H WALKER |

ROBERTS, CORY | 2450 0000 | 89-90 | 10 | [illegible] | WEST MORGAN SCHOOL

350-0184

## GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 87-90 | 2 | 10 | JARNAGIN | 006 | WEST MORGAN SCHOOL |

| | | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | TEACHER |
|---|---|---|---|---|---|---|---|---|---|---|
| COURSE DESCRIPTION | | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | |
| 1023 ENGLISH II | | 73, 7, | | F, | | | | | | H WALKER |
| 0010 STUDY HALL | | | | 3, | | | | | | J BYRAM |
| 0977 BAS VO/AG ED I | | | | B | | | | | | B DUTTON |
| 1054 BIOLOGY I | | 88 | | C | | | | | | Y RANDOLPH |
| 0060 P E - BOYS | | 76 | | C | | | | | | R BOWLING |
| 0011 DRIVER EDUCATIO | | 36 | | C | | | | | | J COGGINS |
| 1033 CONSUMER MATH | | 691, | | 2 | | | | | | T BRAMLETT |
| | | 34 | | | | | | | | |

| A+ 97 |
| A 93 |
| A− 90 |
| B+ 87 |
| B 83 |
| B− 80 |
| C+ 77 |
| C 73 |
| C− 70 |
| D+ 67 |
| D 63 |
| D− 60 |
| F = BELOW 60 |

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY
6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

ABSENCES  2
TARDIES   0

CONFIDENTIAL

## GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 91-92 | 1 | 11 | P SAWYER | 001 | WEST M_ |

| | COURSE DESCRIPTION | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | | TEACHER |
|---|---|---|---|---|---|---|---|---|---|
| | | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | | |
| 1123 | ENGLISH III | 68 | | | | | | | S_UCH |
| 1245 | ECONOMICS | 54 | | | | | | | M INGLERIGH |
| 0004 | LIBRARY ASSISTA | | | | | | | | B SMITH |
| 1246 | SOCIOLOGY | 82 | | | | | | | B HOPKINS |
| 1033 | CONSUMER MATH | 60 527, 252 | | | | | | | T BRAMLETT |
| 0921 | PHYSICAL CONDIT | 951, | | | | | | | D LAWLER |
| 1223 | ENGLISH IV | 42 | | | | | | | C GREEN |

| | EXAM | AVG. |
|---|---|---|

```
A+ = 97 —
A  = 93 — 100
A- = 90 — 96
B+ = 87 — 89
B  = 83 — 86
B- = 80 — 82
C+ = 77 — 79
C  = 73 — 76
C- = 70 — 72
D+ = 67 — 69
D  = 63 — 66
D- = 60 — 62
F  = BELOW 60
```

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY

6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

| ABSENCES | 0 |
|---|---|
| TARDIES | 0 |

CONFIDENTIAL

MAPLES_0000422

## GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420.9000 | 87-88 | 1 | 08 | E. FARLEY | 003 | WEST MORGAN SCHOOL |

| COURSE DESCRIPTION | FIRST SIX WEEKS GRADE | CONDUCT | SECOND SIX WEEKS GRADE | CONDUCT | THIRD SIX WEEKS GRADE | CONDUCT | SEMESTER EXAM | AVG. | TEACHER |
|---|---|---|---|---|---|---|---|---|---|
| 0823 ENGLISH | B- | 1, | | | | | | | B. BOWLING |
| 0840 SOCIAL STUDIES | C+ | 1, | | | | | | | B. RHODES |
| 0040 CHORUS | A- | 1, | | | | | | | K. MONTERO |
| 0060 PE | A- | 1, | | | | | | | B. BOWLING |
| 0850 EARTH SCIENCE | C- | 1, | | | | | | | L. LEE |
| 0830 MATH | C- | 3,7 | | | | | | | D. MCMINEMON |
| 0873 HOME/PERS-MANAG | B- | 3. | | | | | | | S. EMMONS |

ABSENCES: 0
TARDIES: 0

Grade scale:
A+ 97 - 100
A 93 - 96
A- 90 - 92
B+ 87 - 89
B 83 - 86
B- 80 - 82
C+ 77 - 79
C 73 - 76
C- 70 - 72
D+ 67 - 69
D 63 - 66
D- 60 - 62
F BELOW 60

CONDUCT CODES:
1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY
6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

CONFIDENTIAL

# GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 86-87 | 2 | .07 | C CLEVELAND | | WEST MORGAN SCHOOL |

| | | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | TEACHER |
|---|---|---|---|---|---|---|---|---|---|---|
| | COURSE DESCRIPTION | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | |
| 0740 | SOCIAL STUDIES | B | 3, | B | 3,7,8, | A- | 3,8; | A- | B+ | E.FARLEY |
| 0030 | BAS.SKILLS MATH | C | 1, | C- | 3, | D- | 3,7,9, | D | D+ | T.BRAMLETT |
| 0750 | LIFE SCIENCE | D | 3,4, | F | 3,10 | D+ | 3, | D+ | D | J.COGGINS |
| 0060 | PE | F | | D- | 1,2, | C- | | B- | D | R.BOWLING |
| 0723 | ENGLISH | B | 3, | C+ | 3, | D+ | 1, | C | C | H.WALKER |
| 0730 | MATH | C | 3,7, | F | 2,3,7, | D- | 1,7, | C- | D+ | D.MCMINEMON |

_18.75 Jones_

| | | | |
|---|---|---|---|
| | | ABSENCES | 6 |
| | | TARDIES | 0 |

A+ — 97
A  — 93
A- — 90
B+ — 89
B  — 86
B- — 83
C+ — 80
C  — 77
C- — 73
D+ — 70
D  — 67
D- — 62
F  — BELOW 60

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY.
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY
6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

CONFIDENTIAL

MAPLES_0000424

# GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 86-87 | 2 | 07 | C CLEVELAND | | WEST MORGAN SCHOOL |

| COURSE DESCRIPTION | FIRST SIX WEEKS GRADE | CONDUCT | SECOND SIX WEEKS GRADE | CONDUCT | THIRD SIX WEEKS GRADE | CONDUCT | SEMESTER EXAM | AVG. | TEACHER |
|---|---|---|---|---|---|---|---|---|---|
| 0740 SOCIAL STUDIES | B | 3, | B | 3,7,8, | | | | | E FARLEY |
| 0030 BAS SKILLS MATH | C | 1, | C- | 3, | | | | | T BRAMLETT |
| 0750 LIFE SCIENCE | D | 3,4, | F | 3,10 | | | | | J COGGINS |
| 0060 PE | F | | D- | 1,2, | | | | | R BOWLING |
| 0723 ENGLISH | B | 3, | C+ | 3, | | | | | H WALKER |
| 0730 MATH | C | 3,7, | F | 2,3,7, | | | | | D MCMINEMON |

A+ = 97 — 100
A  = 93 — 96
A- = 92
B+ = 87
B  = 85
B- = 83
B- = 80
C+ = 79
C  = 77
C- = 73
C- = 70
D+ = 69
D  = 65
D- = 62
D- = 60
F  = BELOW 60

**ABSENCES 5**
**TARDIES 0**

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY
6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

MAPLES_0000425

## GRADE REPORT

**SCHOOL:** WEST MORGAN SCHOOL

| STUDENT NAME | STUDENT NO. | YEAR | REG. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. |
|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 86-87 | 2 | 07 | C CLEVELAND | |

| | | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | |
|---|---|---|---|---|---|---|---|---|---|---|
| COURSE DESCRIPTION | | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | TEACHER |
| 0740 | SOCIAL STUDIES | B | 3, | | | | | | | E FARLEY |
| 0030 | BAS SKILLS MATH | C | 1, | | | | | | | T BRAMLETT |
| 0750 | LIFE SCIENCE | D | 3,4, | | | | | | | J COGGINS |
| 0060 | PE | F | | | | | | | | R BOWLING |
| 0723 | ENGLISH | B | 3, | | | | | | | H WALKER |
| 0730 | MATH | C | 3,7, | | | | | | | D MCMINEMON |

```
A+ = 97 - 100
A  = 93 - 96
A- = 90 - 92
B+ = 87 - 89
B  = 83 - 86
B- = 80 - 82
C+ = 77 - 79
C  = 73 - 76
C- = 70 - 72
D+ = 67 - 69
D  = 63 - 66
D- = 60 - 62
F  = BELOW 60
```

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY

6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

| ABSENCES | 1 |
|---|---|
| TARDIES | 0 |

CONFIDENTIAL

## GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 86-87 | 1 | 07 | C CLEVELAND | | WEST MORGAN SCHOOL |

| COURSE DESCRIPTION | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | TEACHER |
|---|---|---|---|---|---|---|---|---|---|
| | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | |
| 0740 SOCIAL STUDIES | A | | A- | | C+ | 1, | | B+ | E FARLEY |
| 0040 CHORUS | A | 1 | A | 1 | A | 1, | | A | K MONTERO |
| 0750 LIFE SCIENCE | C | 1 | B- | 1 | C- | 1, | | C+ | J COGGINS |
| 0060 PE | A- | | C- | | A- | | | B | R BOWLING |
| 0723 ENGLISH | B | 3,7 | C | 3,7 | B- | 1, | C | D+ | H WALKER |
| 0730 MATH | D+ | 3,7 | F | 3,7 | C | 3,7, | D | D | D MCMINEMON |

| | | |
|---|---|---|
| | ABSENCES | 2 |
| | TARDIES | 1 |

**CONDUCT CODES**

- 1 - GOOD CONDUCT
- 2 - EXCESSIVE ABSENCES AND/OR TARDIES
- 3 - TALKS CONSISTENTLY
- 4 - DISRESPECTFUL OF AUTHORITY
- 5 - DISRESPECTFUL OF SCHOOL PROPERTY
- 6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
- 7 - POOR WORK HABITS.
- 8 - DISTURBS CLASSROOM LEARNING SITUATION
- 9 - FAILS TO BRING WORKING MATERIALS TO CLASS
- 10 - PARENT CONFERENCE NEEDED

```
A+  97 - 100
A   93 - 96
A-  90 - 92
B+  87 - 89
B   83 - 86
B-  80 - 82
C+  77 - 79
C   73 - 76
C-  70 - 72
D+  67 - 69
D   63 - 66
D-  60 - 62
F   BELOW 60
```

CONFIDENTIAL

# GRADE REPORT

**SCHOOL:** WEST MORGAN SCHOOL

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. |
|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420-9000 | 86-87 | 1 | 07 | C CLEVELAND | |

| COURSE DESCRIPTION | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | TEACHER |
|---|---|---|---|---|---|---|---|---|---|
| | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | |
| 0740 SOCIAL STUDIES | A- | | A- | 1 | | | | | E. FARLEY |
| 0040 CHORUS | A | 1 | A | 1 | | | | | N. MONTERO |
| 0750 LIFE SCIENCE | C | 1 | B- | 1 | | | | | J. COGGINS |
| 0060 PE | A- | | C- | | | | | | R. BOWLING |
| 0723 ENGLISH | F | 3,7 | C- | 3 | | | | | H. WALKER |
| 0730 MATH | D+ | 3,7 | F | 3,7 | | | | | D. MCMINEMON |

Grade scale:
```
A+ = 97 -
A  = 93 - 100
A- = 90 - 96
B+ = 92
B  = 88
B- = 86
C+ = 83 - 85
C  = 80 - 82
C- = 77 - 79
D+ = 73 - 76
D  = 70 - 72
D- = 68 - 69
F  = 63 - 65
     60 - 62
BELOW 60
```

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY
6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

ABSENCES   2
TARDIES    0

## GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 87-88 | 1 | 08 | E FARLEY; | 003 | WEST MORGAN SCHOOL |

| | | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | COURSE DESCRIPTION | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | TEACHER |
| 0823 | ENGLISH | B- | 1, | F | 1,7, | | | | | R BOWLING |
| 0840 | SOCIAL STUDIES | C+ | | B- | | | | | | B RHODES |
| 0040 | CHORUS | A | 1, | A- | 1, | | | | | K MONTERO |
| 0060 | PE | A | | C+ | | | | | | R BOWLING |
| 0850 | EARTH SCIENCE | C | 1,7, | F | 1, | | | | | L LEE |
| 0830 | MATH | C- | 3,7, | C+ | 3, | | | | | D MCMINEMON |
| 0873 | HOME/PERS MANAG | B | 3, | B- | 3, | | | | | S EMMONS |

**EXPLANATION OF SCHOLARSHIP GRADES**

| | | |
|---|---|---|
| A+ | = | 97 - 100 |
| A | = | 93 - 96 |
| A- | = | 90 - 92 |
| B+ | = | 87 - 89 |
| B | = | 83 - 86 |
| B- | = | 80 - 82 |
| C+ | = | 77 - 79 |
| C | = | 73 - 76 |
| C- | = | 70 - 72 |
| D+ | = | 67 - 69 |
| D | = | 63 - 66 |
| D- | = | 60 - 62 |
| F | = | BELOW 60 |

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY
6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

ABSENCES   4
TARDIES   0

CONFIDENTIAL

MAPLES_0000429

# GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 86-87 | 1 | 07 | C. CLEVELAND | | WEST MORGAN SCHOOL |

| COURSE DESCRIPTION | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | TEACHER |
|---|---|---|---|---|---|---|---|---|---|
| | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | |
| 0740 SOCIAL STUDIES | A | | | | | | | | E FARLEY |
| 0040 CHORUS | A | 1 | | | | | | | K MONTERO |
| 0750 LIFE SCIENCE | C | 1 | | | | | | | J COGGINS |
| 0060 PE | A- | | | | | | | | R BOWLING |
| 0723 ENGLISH | F | 3, 7 | | | | | | | H WALKER |
| 0730 MATH | D+ | 3, 7. | | | | | | | D MCMINEMON |

A+ 97
A 93
A- 90
B+ 87
B 83
B- 80
C+ 77
C 73
C- 70
D+ 67
D 63
D- 60
F BELOW 60

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY
6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

ABSENCES    0
TARDIES     0

CONFIDENTIAL

# GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 87-88 | 1 | 08 | E FARLEY | 003 | WEST MORGAN SCHOOL |

| | | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | COURSE DESCRIPTION | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | TEACHER |
| 0823 | ENGLISH | B- | 1, | F | 1,7, | F | | I+ | D | R BOWLING |
| 0840 | SOCIAL STUDIES | C+ | | B- | | D | | B | C+ | B RHODES |
| 0040 | CHORUS | A- | 1, | A | 1, | A | 1, | A+ | A | K MONTERO |
| 0060 | PE | A- | | C+ | | A+ | | A- | A- | R BOWLING |
| 0850 | EARTH SCIENCE | C- | | F | 1, | C- | 1, | A- | D | L LEE |
| 0830 | MATH | C- | 3,7, | C+ | 3, | C | 3 | C- | D | D MCMINEMON |
| 0873 | HOME/PERS MANAG | B | 3, | B- | 3, | B- | | B | B- | S EMMONS |

A+ = 97---100
A  = 93--96
A- = 90--92
B+ = 87--89
B  = 83--86
B- = 80--82
C+ = 77--79
C  = 73--76
C- = 70--72
D+ = 67--69
D  = 63--66
D- = 60--62
F  = BELOW 60

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY
6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

ABSENCES    4
TARDIES     0

## GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 87-88 | 2 | 08 | E FARLEY | 003 | WEST MORGAN SCHOOL |

**EXPLANATION OF SCHOLARSHIP GRADES**

| A+ | = | 97 | - | 100 |
| A | = | 93 | - | 96 |
| A- | = | 90 | - | 92 |
| B+ | = | 87 | - | 89 |
| B | = | 83 | - | 86 |
| B- | = | 80 | - | 82 |
| C+ | = | 77 | - | 79 |
| C | = | 73 | - | 76 |
| C- | = | 70 | - | 72 |
| D+ | = | 67 | - | 69 |
| D | = | 63 | - | 66 |
| D- | = | 60 | - | 62 |
| F | = | BELOW | | 60 |

| | COURSE DESCRIPTION | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | TEACHER |
|---|---|---|---|---|---|---|---|---|---|---|
| | | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | |
| 0823 | ENGLISH | C | 1,7, | | | | | | | R BOWLING |
| 0840 | SOCIAL STUDIES | B— | | | | | | | | B RHODES |
| 0040 | CHORUS | C | 1, | | | | | | | K MONTERO |
| 0060 | PE | B— | | | | | | | | R BOWLING |
| 0850 | EARTH SCIENCE | D— | | | | | | | | L LEE |
| 0830 | MATH | F | 3,7, | | | | | | | D MCMINEMON |
| 0875 | PRE-VOCATIONAL | C— | | | | | | | | B DUTTON |

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY
6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

| ABSENCES | 2 |
| TARDIES | 1 |

CONFIDENTIAL

MAPLES_0000432

## GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 87-88 | 2 | 08 | E FARLEY | 003 | WEST MORGAN SCHOOL |

| | | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | COURSE DESCRIPTION | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | TEACHER |
| 0823 | ENGLISH | C | 1, 7, | D+ | 1, 7, | | | | | R BOWLING |
| 0840 | SOCIAL STUDIES | B- | | B+ | | | | | | B RHODES |
| 0040 | CHORUS | C | 1, , | A | 1, , | | | | | K MONTERO |
| 0060 | PE | B- | | B | | | | | | R BOWLING |
| 0850 | EARTH SCIENCE | D- | | D- | | | | | | L LEE |
| 0830 | MATH | F. | 3, 7, | F | 3, 7, | | | | | D MCMINEMON |
| 0875 | PRE-VOCATIONAL | C- | | B- | | | | | | B DUTTON |

|  |  |
|---|---|
| ABSENCES | 4 |
| TARDIES | 1 |

**EXPLANATION OF SCHOLARSHIP GRADES**

A+ = 97 - 100
A = 93 - 96
A- = 90 - 92
B+ = 87 - 89
B = 83 - 86
B- = 80 - 82
C+ = 77 - 79
C = 73 - 76
C- = 70 - 72
D+ = 67 - 69
D = 63 - 66
D- = 60 - 62
F = BELOW 60

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY

6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

CONFIDENTIAL

MAPLES_0000433

## GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 88-89 | 1 | 09 | S COUCH | 009 | WEST MORGAN SCHOOL |

| COURSE DESCRIPTION | | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | TEACHER |
|---|---|---|---|---|---|---|---|---|---|---|
| | | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | |
| 0977 | BAS VO/AG ED I | 85 | | 89 | 85 | 94 | | | B+ | B DUTTON |
| 0930 | GENERAL MATH | 71 | | 78 | 7 1 | 80 | | | C | G LANG |
| 0945 | GEOGRAPHY | 73 | | 82 | 7 1 | 79 | | | 78C+ | B RHODES |
| 0010 | STUDY HALL | | | | | | | | | S COUCH |
| 0953 | GENERAL SCIENCE | 72 | | 70 | 4 3 | 80 | | | C | Y RANDOLPH |
| 0061 | JR ATH - BOYS | 96 | no benefit | 100 | 100 | 100 | | | A+ | Y RANDOLPH |
| 0923 | ENGLISH I | 3,8, | | 763, 747 | | 77 | | | 65C | S COUCH |

**EXPLANATION OF SCHOLARSHIP GRADES**

A+ = 97 - 100
A = 93 - 96
A- = 92
B+ = 89
B = 83 - 85
B- = 80 - 82
C+ = 79
C = 73 - 76
C- = 72
D+ = 69
D = 63 - 66
D- = 60 - 62
F = BELOW 60

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCE AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY
6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

ABSENCES       0
TARDIES        0

CONFIDENTIAL

MAPLES_0000434

## GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 88-89 | 2 | 09 | S COUCH | 009 | WEST MORGAN SCHOOL |

| | | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | |
|---|---|---|---|---|---|---|---|---|---|---|
| COURSE DESCRIPTION | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | TEACHER |
| 0977 BAS VO/AG ED I | 90 | | | | | | | | B DUTTON |
| 0930 GENERAL MATH | 64 | 10 Grandpa | | | | | | | G LANG |
| 0945 GEOGRAPHY | 74 | | | | | | | | B RHODES |
| 0060 PE | 70 | | | | | | | | R BOWLING |
| 0953 GENERAL SCIENCE | 79 | | | | | | | | Y RANDOLPH |
| 0061 JR ATH - BOYS | 100 | | | | | | | | Y RANDOLPH |
| 0923 ENGLISH I | 78 | | | | | | | | S COUCH |

ABSENCES  1
TARDIES   0

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY
6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

A+ - 97
A  - 93
A- - 90
B+ - 87
B  - 83
B- - 80
C+ - 77
C  - 73
C- - 70
D+ - 67
D  - 63
D- - 60
F  - BELOW 60

- 100
- 96
- 92
- 88
- 86
- 82
- 78
- 76
- 72
- 69
- 66
- 62

# GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 88-89 | 2 | 07 | S. COUCH | 009 | WEST MORGAN SCHOOL |

| COURSE | DESCRIPTION | FIRST SIX WEEKS GRADE | CONDUCT | SECOND SIX WEEKS GRADE | CONDUCT | THIRD SIX WEEKS GRADE | CONDUCT | SEMESTER EXAM | AVG. | TEACHER |
|---|---|---|---|---|---|---|---|---|---|---|
| 0977 | BAS VO/AG ED I | 90 | | 88 | | 80 | | | | B DUTTON |
| 0930 | GENERAL MATH | 60 | | 62 | | 74 | | 78 | | G LANG |
| 0945 | GEOGRAPHY | 74 | | 71 | | 91 | | | | B RHODES |
| 0060 | PE | 70 | | 40 | | 75 | | | | R BOWLING |
| 0953 | GENERAL SCIENCE | 79 | | 74 | | 70 | | | | Y RANDOLPH |
| 0061 | JR ATH - BOYS | 100 | | 100 | | 98 | | | | Y RANDOLPH |
| 0923 | ENGLISH I | 73 | | 42 | | 90 | | | | S COUCH |

| | |
|---|---|
| ABSENCES | 1 |
| TARDIES | 1 |

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY
6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

A+ = 97
A = 93
A- = 90
B+ = 89
B = 87
B- = 83
C+ = 80
C = 77
C- = 73
D+ = 70
D = 67
D- = 63
F = 62
BELOW 60

# GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 89-90 | 1 | 10 | D JARNAGIN | 006 | WEST MORGAN SCHOOL |

| | | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | |
|---|---|---|---|---|---|---|---|---|---|---|
| COURSE | DESCRIPTION | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | TEACHER |
| 1023 | ENGLISH II | 703, | | 741, | | | | | | H WALKER |
| 0010 | STUDY HALL | | | 3, | | | | | | J BYRAM |
| 0977 | BAS VO/AG ED I | 90 | | 91 | | | | | | B DUTTON |
| 1054 | BIOLOGY I | 711, | | 791, | | | | | | Y RANDOLPH |
| 0060 | P E - BOYS | 80 | | 84 | | | | | | R BOWLING |
| 1051 | HEALTH | 74 | | | | | | | | J BLAGBURN |
| 1033 | CONSUMER MATH | 453, 7 | | 3,7, | | | | | | T BRAMLETT |
| | | | | 70 | | | | | | |

Grades at [BRAMLETT] (no) 60 pt

CONDUCT CODES

A+ = 97 -- 100
A  = 93 -- 96
A- = 90 -- 92
B+ = 87 -- 89
B  = 83 -- 86
B- = 80 -- 82
C+ = 77 -- 79
C  = 73 -- 76
C- = 70 -- 72
D+ = 67 -- 69
D  = 63 -- 66
D- = 60 -- 62
F  = BELOW 60

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY

6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

ABSENCES    0
TARDIES     0

CONFIDENTIAL

MAPLES_0000437

# GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, CORY | 5420 9000 | 88-89 | 2 | 09 | S COUCH | 009 | WEST MORGAN SCHOOL |

| COURSE DESCRIPTION | FIRST SIX WEEKS GRADE | FIRST SIX WEEKS CONDUCT | SECOND SIX WEEKS GRADE | SECOND SIX WEEKS CONDUCT | THIRD SIX WEEKS GRADE | THIRD SIX WEEKS CONDUCT | SEMESTER EXAM | SEMESTER AVG. | TEACHER |
|---|---|---|---|---|---|---|---|---|---|
| 0977 BAS VO/AG ED I | 90 | | 88 | | 88 | | E | B+ | B DUTTON |
| 0930 GENERAL MATH | 60 | | 62 | | 70 | | 7ED+ | | G LANG |
| 0945 GEOGRAPHY | 74 | | 71 | | 80 | | 3ED | | B RHODES |
| 0060 PE | 70 | | 40 | | 50 | | 9OD | | R BOWLING |
| 0953 GENERAL SCIENCE | 79L | | 74L, | | 76 | | E | C | Y RANDOLPH |
| 0061 JR ATH - BOYS | 100 | | 100 | | 100 | | E | A+ | Y RANDOLPH |
| 0923 ENGLISH I | 73 | | 42 | | 55 | | 7ED- | | S COUCH |

A+ = 97
A  = 93 – 100
A- = 90 – 96
B+ = 87 – 92
B  = 83 – 89
B- = 80 – 86
C+ = 77 – 79
C  = 73 – 76
C- = 70 – 72
D+ = 67 – 69
D  = 63 – 66
D- = 60 – 62
F  = BELOW 60

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY
6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

| ABSENCES | 1 |
|---|---|
| TARDIES | 1 |

CONFIDENTIAL

MAPLES_0000438

## GRADE REPORT

| STUDENT NAME | STUDENT NO. | YEAR | SEM. | GRADE | HOMEROOM TEACHER | HOMEROOM NO. | SCHOOL |
|---|---|---|---|---|---|---|---|
| MAPLES, DANIEL | 5443 9000 | 90-91 | 1 | 06 | M CLEMONS | N | WEST MORGAN SCHOOL |

| | COURSE DESCRIPTION | FIRST SIX WEEKS | | SECOND SIX WEEKS | | THIRD SIX WEEKS | | SEMESTER | | TEACHER |
|---|---|---|---|---|---|---|---|---|---|---|
| | | GRADE | CONDUCT | GRADE | CONDUCT | GRADE | CONDUCT | EXAM | AVG. | |
| | 0060 P E - BOYS | 94 | | | | | | | | B KIMBRELL |
| 100 | 0622 READING | 84 | 1, | | | | | | | A HAYDEN |
| 96 | 0624 LANGUAGE ARTS | 75 | 7, 9, | | | | | | | M CLEMONS |
| 92 | 0650 SCIENCE | 82 | 1, | | | | | | | P SPURLING |
| 86 | 0611 CHAPTER I MATH | 82 | 3 | | | | | | | B MCLEMORE |
| 79 | 0621 SPELLING | 71 | 1, | | | | | | | A HAYDEN |
| 76 | 0640 SOCIAL STUDIES | 77 | 1, | | | | | | | M CLEMONS |

A+ = 97
A  = 93
A- = 90
B+ = 89
B  = 86
B- = 83
C+ = 80
C  = 77
C- = 73
D+ = 70
D  = 67
D- = 63
F  = 60
BELOW 60

**CONDUCT CODES**

1 - GOOD CONDUCT
2 - EXCESSIVE ABSENCES AND/OR TARDIES
3 - TALKS CONSISTENTLY
4 - DISRESPECTFUL OF AUTHORITY
5 - DISRESPECTFUL OF SCHOOL PROPERTY
6 - DISRESPECTFUL TO STUDENTS OR PROPERTY OR OTHERS
7 - POOR WORK HABITS
8 - DISTURBS CLASSROOM LEARNING SITUATION
9 - FAILS TO BRING WORKING MATERIALS TO CLASS
10 - PARENT CONFERENCE NEEDED

ABSENCES    2
TARDIES     0

CONFIDENTIAL

MAPLES_0000439

## Morgan County Schools

**TRUMAN SCREWS**
**SUPERINTENDENT**

1325 POINT MALLARD PARKWAY, S.E.

Decatur, Alabama 35601

TELEPHONE: 205 - 353 - 6442

**BOARD MEMBERS:**

MARTIN NELSON
CHAIRMAN
WENDELL BAGWELL
JIMMY BURFIELD
J. C. DUNAWAY
SUE ROAN
TYRUS P. TURNEY
BOBBY RAY VEST

| STUDENT NAME | SYSTEM | SCHOOL | GRADE |
|---|---|---|---|
| MAPLES CCURY | MORGAN CO | WEST MORGAN | 04 |

AGE: 10-03
DATE   APRIL  1984   SFTAA LEVEL   2   CAT # 77 LEVEL   14   FORM   C

| | SFTAA | | | READING | SPELLING | LANGUAGE | MATHEMATICS |
|---|---|---|---|---|---|---|---|
| | SFTAA '70 | | | | | | |
| NAT % ▶ | 80 | NAT % ▶ | | 82 | 55 | 66 | 76 |
| INDEX ▶ | 111 | OGP ▶ | | 6.7 | 5.0 | 6.0 | 5.7 |
| STANINE ▶ | 7 | STANINE ▶ | | 7 | 5 | 6 | 6 |

## M E M O

TO: Parents

FROM:  Wes Thompson, Superintendent  *W. O.*

SUBJECT:  California Achievement Test

In the top right corner are the results of your student's California
Achievement Test.  Each item is explained.  If you have questions after
studying these results, please contact your child's teacher.

NAT PER – (See No. 1)   OGP – (See No. 2)   STA – (See No. 3)

(1.)  National Percentile reflects a student's performance in compari-
son with the performance of a cross-section of students in the U.S.
who are in the same grade and who took the same test at the same
time of year.  For example, if a student were at the 80th percen-
tile (nationally) when tested near the end of year on a reading
test, this would mean that he/she scored higher in reading than
80 percent of all students in that grade who had taken the same
test at the same time of year.  Percentiles range from 1 to 99,
with the average being 50.

(2.)  Obtained Grade Placement relates a student's performance to the
level of performance that is typical for a specific grade in school.
For example, if a second grade student scored 2.7 on a math test,
this means the student performed on that math test like a typical
second grader in the seventh month of the school year (April).  Any
score above or below 2.7 means the student is performing above or
below grade level.  For example, a second grader who scores 4.0
is not ready for fourth grade work but is working above grade level.
The same is true of a student scoring 1.0.  He/she is performing
below grade level.

(3.)  Stanine is a score that ranges from 1 to 9.  Average performance
is 5, the highest performance is 9, and the lowest performance is
1.  A stanine score places a student on this scale by comparing
his/her performance with the performance of a cross-section of
students in the U.S. who are in the same grade and who took the
same test at the same time of year.

CONFIDENTIAL

# Stanford ACHIEVEMENT TEST
## WITH OTIS-LENNON SCHOOL ABILITY TEST

**PARENT REPORT**
**CORY   R MAPLES**

SCHOOL SYSTEM   WEST MORGAN HS   MORGAN COUNTY   CODE 052   0180

GRADE 5
TEST DATE  4/85
NORMS: GR  5.8 NATIONAL
AGE 11 YRS  3 MO

| TESTS | NATIONAL PR | S | NATIONAL PERCENTILE BANDS |
|---|---|---|---|
| WORD STUDY SKILLS | 19 | 3 | |
| READING COMPREHENSION | 58 | 5 | |
| VOCABULARY | 73 | 6 | |
| LISTENING COMPREHENSION | 96 | 9 | |
| SPELLING | 15 | 3 | |
| LANGUAGE | 2 | 1 | |
| CONCEPTS OF NUMBER | 3 | 1 | |
| MATH COMPUTATION | 12 | 3 | |
| MATH APPLICATIONS | 54 | 5 | |
| SOCIAL SCIENCE | 50 | 5 | |
| SCIENCE | 58 | 5 | |
| USING INFORMATION | 36 | 4 | |
| TOTAL READING | 38 | 4 | |
| TOTAL LISTENING | 88 | 7 | |
| TOTAL LANGUAGE | 6 | 2 | |
| TOTAL MATHEMATICS | 18 | 3 | |
| BASIC BATTERY TOTAL | 19 | 3 | |
| COMPLETE BATTERY TOTAL | 50 | 5 | |
| OTIS-LENNON SCHOOL ABILITY TEST | 74 | 6 | |

**HOW TO INTERPRET THESE SCORES:**
   The report above shows the Percentile Rank (PR) and Stanine (S) scores this student obtained on the Stanford Achievement Test.
   Stanine scores range from a low of 1 to a high of 9. Stanines 4, 5, and 6 are considered average; Stanines 1, 2, and 3 below average; and Stanines 7, 8, and 9 above average.
   Percentile Ranks range from a low of 1 to a high of 99. If a student has a Percentile Rank of 70, for example, it means that this student obtained a score that is higher than 70 percent of the students in the comparison group.
   The group with which the student is compared is shown above the PR and S heading. "National" means that the student is compared with a nationally representative sample of students in the same grade.
   The Percentile Bands to the right show that scores are approximate indicators of achievement. By comparing the bands you can see whether the student did better in some subjects than in others. If two bands do not overlap, you may conclude that the difference between those two scores is indeed meaningful.
   The skills measured by each of the tests are described on the back.

STANFORD LEVEL/FORM INTER 2/F;   OLSAT LEVEL/FORM ELEM/S 70 ITEMS        PROCESS NO   000778-013

CONFIDENTIAL

MAPLES 0000169



The Stanford Achievement Test Series consists of three sets of tests that measure what students have learned in school from kindergarten through the first year of college. You will find the name and the level of the test the student took on the front of this report. The descriptions that appear below will help you to understand more about the tests.

# Stanford Early School Achievement Test (SESAT)

**Stanford Early School Achievement Test** has two separate levels to test some of the learning that children have already acquired when they first enter school and the learning they gain as they go through kindergarten and first grade. At both levels there are tests of reading, listening, mathematics, and the environment.

**Reading:** The reading score is a total of the scores received on all of the reading tests. The number of reading tests a pupil takes changes with the level.

- The *Sentence Reading Test* is given at Level 2 only. It measures abilities in reading that are more advanced than those needed for success in Word Reading.
- The *Word Reading Test* measures ability to recognize simple and familiar words in print.
- The *Sounds and Letters Test* measures ability to match sounds heard in words, to recognize upper and lower case letters, and to match letters to sounds they represent.

**Listening:** The listening score is the score received on the following test.
- The *Listening to Words and Stories Test* has two parts. The first part of the test measures understanding of word meanings. The second part mea-

sures how well children can remember, understand, and organize what they have heard.

**Mathematics:** The mathematics score is the score received on the following test.
- The *Mathematics Test* has two parts. The first part tells how well a pupil understands numbers and how they work. Pupils must learn these ideas before they can learn to add, subtract, multiply, and divide. The second part, which is given only to children who have had more formal instruction in mathematics, measures skills in addition, subtraction, and the understanding of geometry and measurement.

**Environment:** The environment score is the score received on the following test.
- The *Environment Test* tells how well children understand ideas about people and things in our world. The understanding of these ideas is absorbed by children from family, trips, television, books, and contact with things.

# Stanford Achievement Test (SAT)

**Stanford Achievement Test** has six separate levels to test what is learned in grades one through nine. At each level there are tests of reading, listening, language, mathematics, science, and social science.

**Reading:** The reading score is a total of the scores received on all of the reading tests. The number of reading tests a pupil takes changes with the level.
- The *Word Study Skills Test* is given at all but the Advanced level. It measures how well a pupil understands the relationship between sounds and letters in words, and how well the pupil can read new words through the understanding of word parts.
- The *Word Reading Test* is given at the Primary 1 and Primary 2 levels only. It tests how well a pupil can recognize words and understand their meanings.
- The *Reading Comprehension Test* measures ability to read and understand printed material. At the Primary 1 and Primary 2 levels, the test has sentences, riddles, and short paragraphs, all followed by questions. At the other levels, the reading material is a lot like things pupils read in school, things they read outside of school in everyday life, and things they might read on their own for fun. Pupils answer questions to show how well they understand what they have read.

**Listening:** The listening score is a total of the scores received on the following tests.
- The *Vocabulary Test* is dictated by the teacher. It measures how well pupils can tell what words mean without having to read the words on their own.
- The *Listening Comprehension Test* measures how well pupils can understand, remember, and organize what they have heard.

**Language:** The language score consists of the score received on one or both of the following tests.
- The *Spelling Test* is dictated at the Primary 1 level. The pupil sees the same word spelled three different ways and has to tell which one is right. At all other levels, the pupil sees a group of four different words. One of the words is spelled wrong, and the pupil must find it.
- The *Language Test* begins at the Primary 3 level. It tells how well pupils

know how to use capital letters, punctuation, and verb forms, and whether they can recognize good sentence structure. It also measures such skills as putting things in alphabetical order and using dictionaries and other reference books.

**Mathematics:** The mathematics score is a total of the scores received on all of the mathematics tests.
- The *Concepts of Number Test* tells how well a pupil understands numbers and how they work. Pupils must learn these ideas before they can learn to add, subtract, multiply, and divide.
- The *Mathematics Computation Test* may include addition, subtraction, multiplication, and division, depending upon the level of the test.
- The *Mathematics Applications Test* shows how well pupils can use number concepts and computation skills to solve problems.
- The *Mathematics Computation and Applications Test* is given at the Primary 1 level only and tests both computation and problem-solving skills.

**Science and Social Science:** Understanding of ideas in science and social science are measured by the following tests:
- The *Environment Test* tells how well a pupil understands ideas about the people and things in our world. The understanding of these ideas is absorbed by children from many sources including family, trips, television, books, and contact with things and is an important base for future learning in science and social science.
- The *Science Test* begins at the Primary 3 level and tells how well pupils understand some ideas in physics and biology. The ideas tested are about matter, energy, the universe, and living things. The test also tells if pupils have some of the skills useful for studying science.
- The *Social Science Test* begins at the Primary 3 level. The test measures how well pupils understand ideas in geography, history, anthropology, sociology, political science, and economics. It also tells if pupils can use some of the things they already know about to learn more about these subjects.

# Stanford Test of Academic Skills (TASK)

**Stanford Test of Academic Skills** has two separate levels to measure what is learned in grades eight through thirteen (first year of college). At each level there are tests of reading, spelling, English, mathematics, science, and social science.

**Reading:** The reading score is a total of the scores received on the following tests.
- The *Reading Vocabulary Test* measures knowledge of general reading vocabulary found in a wide variety of reading material.
- The *Reading Comprehension Test* measures ability to read and understand printed material. The reading material is a lot like things students read in school, things they read outside of school, and things they might read on their own for fun. Students answer questions to show how well they understand what they have read.

**English:** The English score is a total of the scores received on the following tests.
- The *Spelling Test* asks students to identify the misspelled word from a group of four words.
- The *English Test* measures understanding of the English language and the ability to use it properly. It tells how well students know how to use capitalization, punctuation, and verb forms, and whether they can understand good sentence structure. It also measures ability to organize ideas effectively and to use reference materials such as dictionaries and encyclopedias.

**Mathematics:** The mathematics score is the score received on the following test.
- The *Mathematics Test* measures general ability in mathematics, including how well students understand numbers and how they work; skills with addition, subtraction, multiplication, and division; and the ability to apply these understandings and skills to problem solving. Skills in algebra, geometry, and measurement are also tested.

**Science and Social Science:** Understanding of ideas in science and social science are measured by the following tests.
- The *Science Test* measures how well students understand ideas in physics and biology. The ideas tested are about matter, energy, the universe, and living things. The test also tells if students have some of the skills useful for studying science.
- The *Social Science Test* measures how well students understand ideas in geography, history, anthropology, sociology, political science, and economics. It also tells if students can use some of the things they already know about to learn more about these subjects.



# ALABAMA BASIC COMPETENCY TESTING PROGRAM

## STUDENT REPORT
## GRADE: 06

SS-NBR: 0620180
SYSTEM: MORGAN CO
SCHOOL: WEST MORGAN HS
STUDENT: MAPLES    CORY    R

DATE OF BIRTH ▮   AGE: 13 YRS 3 MNTHS    TEST DATE: SPRING 1988

### READING

| | COMPETENCY NAME | ITEMS TOTAL | ITEMS COR | MST RY |
|---|---|---|---|---|
| I-1 | Synonyms and Antonyms | 04 | 04 | + |
| I-2 | Contractions | 04 | 03 | + |
| I-3 | Base Words | 04 | 03 | + |
| I-4 | Prefixes and Suffixes | 04 | 04 | + |
| I-5 | Expressions from Daily Life | 04 | 04 | + |
| II-1 | Literal Word Meanings | 04 | 04 | + |
| II-2 | Context Clues | 04 | 03 | + |
| II-3 | Main Ideas | 05 | 05 | + |
| II-4 | Sequence of Events | 03 | 02 | + |
| II-5 | Supporting Detail | 04 | 03 | + |
| II-6 | Cause and Effect | 04 | 04 | + |
| II-8 | Fact/Fantasy/Opinion | 04 | 04 | + |
| II-9 | Follow Directions | 04 | 04 | + |
| II-10 | Multiple Word Meanings | 04 | 04 | + |
| III-1 | Information Source (Phone Bk, Newsp, etc) | 04 | 03 | + |
| III-2 | Information Source (Dict, Encyclo, etc.) | 04 | 04 | + |
| III-3 | Using Alphabetical Order; Sections of Books | 04 | 04 | + |
| III-4 | Using Parts of Books | 04 | 04 | + |
| III-5 | Custom Maps, Charts, Graphs and Tables | 04 | 04 | + |

### MATHEMATICS

| | COMPETENCY NAME | ITEMS TOTAL | ITEMS COR | MST RY |
|---|---|---|---|---|
| I-1 | Read & Write Money Values to $200.00 | 04 | 04 | + |
| I-2 | Order Fractions and Decimals | 04 | 02 | + |
| I-3 | Computation: Whole Numbers | 08 | 08 | + |
| I-4 | Add & Subtract Decimals to Thousandths | 04 | 04 | + |
| I-5 | Add, Subtract & Multiply Fractions | 06 | 06 | + |
| I-6 | Match Simple Fractions & Decimals | 04 | 04 | + |
| I-7 | Use Rounding of Whole Numbers | 04 | 00 | - |
| II-1 | Use Calendar; Determine Elapsed Time | 04 | 03 | + |
| II-2 | Read Rulers to Determine Lengths | 04 | 02 | - |
| II-3 | Measure Capacities | 03 | 03 | + |
| II-4 | Find Perimeters | 03 | 03 | + |
| III-1 | Find Rectangular Area | 04 | 04 | + |
| III-2 | Interpret Bar, Circle and Line Graphs | 03 | 03 | + |
| IV-3 | Read Averages and Find Errors in Calculations | 04 | 01 | - |
| V-1 | Recognize Simple Geometric Figures | 04 | 04 | + |
| V-2 | Recognize Solid Geometric Figures | 04 | 04 | + |
| VI-1 | Determine Change and Solve Consumer Problems | 08 | 04 | + |
| VI-2 | Ident Telephone, Area, Zip Cd & Address Nos | 04 | 03 | + |
| VI-3 | Compute Wages without Deductions | 04 | 04 | + |
| VI-5 | Determine Info. to Solve Pblm. | 04 | 04 | + |

### LANGUAGE

| | COMPETENCY NAME | ITEMS TOTAL | ITEMS COR | MST RY |
|---|---|---|---|---|
| I-1 | Noun Forms | 03 | 03 | + |
| I-2 | Substitute Pronouns for Nouns | 03 | 03 | + |
| I-3 | Pronoun Antecedent Agreement | 03 | 03 | + |
| I-4 | Verb Forms/Subject-Verb Agreement | 06 | 06 | + |
| II-1 | Group Similar Words | 03 | 03 | + |
| VI-1 | Group Similar Ideas | 03 | 03 | + |
| III-1 | Logical Order | 04 | 04 | + |
| V-1 | Supply Information | 03 | 03 | + |
| VI-1 | Forms | 03 | 03 | + |
| VII-1 | Spelling - Occasion, Address, etc | 06 | 05 | + |
| VII-2 | Spelling - Months, Days, Numbers | 05 | 05 | + |
| VIII-1 | Punctuation | 03 | 03 | + |
| VIII-2 | Comma, Series | 03 | 02 | + |
| VIII-3 | Comma, Direct Address | 02 | 02 | + |
| VIII-4 | Apostrophe, Possession | 03 | 01 | - |
| IX-1,2,3 | Capitalization | 10 | 09 | + |
| XI-1 | Proofreading | 04 | 04 | + |

NOTE: C1R=CHAPTER 1 READING,    C1M = CHAPTER 1 MATH,    C1L=CHAPTER 1 LANGUAGE,    SE=SPEC ED

CONFIDENTIAL

MAPLES_0000171

WES THOMPSON
SUPERINTENDENT

## Morgan County Schools

**1325 POINT MALLARD PARKWAY, S.E.**

**Decatur, Alabama 35601**

TELEPHONE: 205 - 353-6442

BOARD MEMBERS:

WENDELL BAGWELL
JIMMY BURFIELD
LARRY HALBROOKS
KIM MOONEY
MARTIN NELSON
SUE ROAN
KENNETH ROBERTS

May,,1986

M E M O

TO: Parents

FROM: Wes Thompson, Superintendent   WT.

SUBJECT: Alabama Basic Competencies Program

One of the requirements for high school graduation is the mastery of the Alabama High School Graduation Exam in the areas of reading, language, and math. Students will be given the Exam for the first time in the fall of their junior year. Each section (reading, language, and math) must be mastered. Students will have three additional opportunities to take the sections they have not mastered (spring of junior year, fall of senior year, spring of senior year). Once a section has been mastered, that section will not have to be taken again.

The Basic Competency Tests are given in the third, sixth, and ninth grades as check-points to prepare for the Graduation Exam. These tests were not written to be passed or failed, but to be used by teachers and administrators to determine what skills (competencies) need to be re-taught to your student prior to the Graduation Exam. You can assist in this process by becoming familiar with the results and giving your support at home.

Attached is a copy of your student's Alabama Basic Competency Test results. The skills which were tested are listed. The skills that have been mastered are shown with a plus (+). The skills which have not been mastered and need additional study are shown with a minus (-). "Items Total" shows the number of test questions for each skill. "Items COR" shows the number of test questions which your student answered correctly.

If you need further explanation, please contact your child's teacher.

CONFIDENTIAL

MAPLES_0000172

# Stanford ACHIEVEMENT TEST
## WITH OTIS-LENNON SCHOOL ABILITY TEST

**PARENT REPORT**
**CORY   R MAPLES**

SCHOOL    WEST MORGAN HS
SYSTEM    MORGAN COUNTY          CODE 052   0180

GRADE 8
TEST DATE   4/88
NORMS: GR   8.8 NATIONAL
AGE 14 YRS   3 MO

| TESTS | NATIONAL PR | S | NATIONAL PERCENTILE BANDS |
|---|---|---|---|
| READING COMPREHENSION | 17 | 3 | |
| VOCABULARY | 54 | 5 | |
| LISTENING COMPREHENSION | 86 | 7 | |
| SPELLING | 2 | 1 | |
| LANGUAGE | 54 | 5 | |
| CONCEPTS OF NUMBER | 54 | 5 | |
| MATH COMPUTATION | 11 | 3 | |
| MATH APPLICATIONS | 18 | 3 | |
| SOCIAL SCIENCE | 15 | 3 | |
| SCIENCE | 3 | 1 | |
| USING INFORMATION | 36 | 4 | |
| TOTAL LISTENING | 70 | 6 | |
| TOTAL LANGUAGE | 18 | 3 | |
| TOTAL MATHEMATICS | 24 | 4 | |
| BASIC BATTERY TOTAL | 34 | 4 | |
| COMPLETE BATTERY TOTAL | 18 | 3 | |
| OTIS-LENNON SCHOOL ABILITY TEST | 47 | 5 | |

Percentile band scale: 1 5 10 20 30 (BELOW AVERAGE) 40 50 60 70 (AVERAGE) 80 90 95 99 (ABOVE AVERAGE)

**HOW TO INTERPRET THESE SCORES:**

The report above shows the Percentile Rank (PR) and Stanine (S) scores this student obtained on the Stanford Achievement Test.

Stanine scores range from a low of 1 to a high of 9. Stanines 4, 5, and 6 are considered average; Stanines 1, 2, and 3 below average; and Stanines 7, 8, and 9 above average.

Percentile Ranks range from a low of 1 to a high of 99. If a student has a Percentile Rank of 70, for example, it means that this student obtained a score that is higher than 70 percent of the students in the comparison group.

The group with which the student is compared is shown above the PR and S heading. "National" means that the student is compared with a nationally representative sample of students in the same grade.

The Percentile Bands to the right show that scores are approximate indicators of achievement. By comparing the bands you can see whether the student did better in some subjects than in others. If two bands do not overlap, we may conclude that the difference between those two scores is indeed meaningful. The skills measured by each of the tests are described on the back.

OLSAT LEVEL/FORM INTER/S  80 ITEMS

PROCESS NO

See back for aids for interpretation.    THE PSYCHOLOGICAL   HARCOURT BRACE JOVANOVICH

CONFIDENTIAL
MAPLES 0000173



The **Stanford Achievement Test** Series consists of three sets of tests that measure what students have learned in school from kindergarten through the first year of college. You will find the name and the level of the test the student took on the front of this report. The descriptions that appear below will help you to understand more about the tests.

## Stanford Early School Achievement Test (SESAT)

**Stanford Early School Achievement Test** has two separate levels to test some of the learning that children have already acquired when they first enter school and the learning they gain as they go through kindergarten and first grade. At both levels there are tests of reading, listening, mathematics, and the environment.

**Reading:** The reading score is a total of the scores received on all of the reading tests. The number of reading tests a pupil takes changes with the level.

- The *Sentence Reading Test* is given at Level 2 only. It measures abilities in reading that are more advanced than those needed for success in Word Reading.

- The *Word Reading Test* measures ability to recognize simple and familiar words in print.

- The *Sounds and Letters Test* measures ability to match sounds heard in words, to recognize upper and lower case letters, and to match letters to sounds they represent.

**Listening:** The listening score is the score received on the following test.
- The *Listening to Words and Stories Test* has two parts. The first part of the test measures understanding of word meanings. The second part mea-

sures how well children can remember, understand, and organize what they have heard.

**Mathematics:** The mathematics score is the score received on the following test.
- The *Mathematics Test* has two parts. The first part tells how well a pupil understands numbers and how they work. Pupils must learn these ideas before they can learn to add, subtract, multiply, and divide. The second part, which is given only to children who have had more formal instruction in mathematics, measures skills in addition, subtraction, and the understanding of geometry and measurement.

**Environment:** The environment score is the score received on the following test.
- The *Environment Test* tells how well children understand ideas about people and things in our world. The understanding of these ideas is absorbed by children from family, trips, television, books, and contact with things.

## Stanford Achievement Test (SAT)

**Stanford Achievement Test** has six separate levels to test what is learned in grades one through nine. At each level there are tests of reading, listening, language, mathematics, science, and social science.

**Reading:** The reading score is a total of the scores received on all of the reading tests. The number of reading tests a pupil takes changes with the level.
- The *Word Study Skills Test* is given at all but the Advanced level. It measures how well a pupil understands the relationship between sounds and letters in words, and how well the pupil can read new words through the understanding of word parts.
- The *Word Reading Test* is given at the Primary 1 and Primary 2 levels only. It tests how well a pupil can recognize words and understand their meanings.
- The *Reading Comprehension Test* measures ability to read and understand printed material. At the Primary 1 and Primary 2 levels, the test has sentences, riddles, and short paragraphs, all followed by questions. At the other levels, the reading material is a lot like things pupils read in school, things they read outside of school in everyday life, and things they might read on their own for fun. Pupils answer questions to show how well they understand what they have read.

**Listening:** The listening score is a total of the scores received on the following tests.
- The *Vocabulary Test* is dictated by the teacher. It measures how well pupils can tell what words mean without having to read the words on their own.
- The *Listening Comprehension Test* measures how well pupils can understand, remember, and organize what they have heard.

**Language:** The language score consists of the score received on one or both of the following tests.
- The *Spelling Test* is dictated at the Primary 1 level. The pupil sees the same word spelled three different ways and has to tell which one is right. At all other levels, the pupil sees a group of four different words. One of the words is spelled wrong, and the pupil must find it.
- The *Language Test* begins at the Primary 3 level. It tells how well pupils

know how to use capital letters, punctuation, and verb forms, and whether they can recognize good sentence structure. It also measures such skills as putting things in alphabetical order and using dictionaries and other reference books.

**Mathematics:** The mathematics score is a total of the scores received on all of the mathematics tests.
- The *Concepts of Number Test* tells how well a pupil understands numbers and how they work. Pupils must learn these ideas before they can learn to add, subtract, multiply, and divide.
- The *Mathematics Computation Test* may include addition, subtraction, multiplication, and division, depending upon the level of the test.
- The *Mathematics Applications Test* shows how well pupils can use number concepts and computation skills to solve problems.
- The *Mathematics Computation and Applications Test* is given at the Primary 1 level only and tests both computation and problem-solving skills.

**Science and Social Science:** Understanding of ideas in science and social science are measured by the following tests:
- The *Environment Test* tells how well a pupil understands ideas about the people and things in our world. The understanding of these ideas is absorbed by children from many sources including family, trips, television, books, and contact with things and is an important base for future learning in science and social science.
- The *Science Test* begins at the Primary 3 level and tells how well pupils understand some ideas in physics and biology. The ideas tested are about matter, energy, the universe, and living things. The test also tells if pupils have some of the skills useful for studying science.
- The *Social Science Test* begins at the Primary 3 level. The test measures how well pupils understand ideas in geography, history, anthropology, sociology, political science, and economics. It also tells if pupils can use some of the things they already know about to learn more about these subjects.

## Stanford Test of Academic Skills (TASK)

**Stanford Test of Academic Skills** has two separate levels to measure what is learned in grades eight through thirteen (first year of college). At each level there are tests of reading, spelling, English, mathematics, science, and social science.

**Reading:** The reading score is a total of the scores received on the following tests.
- The *Reading Vocabulary Test* measures knowledge of general reading vocabulary found in a wide variety of reading material.
- The *Reading Comprehension Test* measures ability to read and understand printed material. The reading material is a lot like things students read in school, things they read outside of school, and things they might read on their own for fun. Students answer questions to show how well they understand what they have read.

**English:** The English score is a total of the scores received on the following tests.
- The *Spelling Test* asks students to identify the misspelled word from a group of four words.
- The *English Test* measures understanding of the English language and the ability to use it properly. It tells how well students know how to use capitalization, punctuation, and verb forms, and whether they can understand good sentence structure. It also measures ability to organize ideas effectively and to use reference materials such as dictionaries and encyclopedias.

**Mathematics:** The mathematics score is the score received on the following test.
- The *Mathematics Test* measures general ability in mathematics, including how well students understand numbers and how they work; skills with addition, subtraction, multiplication, and division; and the ability to apply these understandings and skills to problem solving. Skills in algebra, geometry, and measurement are also tested.

**Science and Social Science:** Understanding of ideas in science and social science are measured by the following tests.
- The *Science Test* measures how well students understand ideas in physics and biology. The ideas tested are about matter, energy, the universe, and living things. The test also tells if students have some of the skills useful for studying science.
- The *Social Science Test* measures how well students understand ideas in geography, history, anthropology, sociology, political science, and economics. It also tells if students can use some of the things they already know about to learn more about these subjects.

MAPLES_0000174

ALABAMA BASIC COMPETENCY TESTING PROGRAM
STUDENT REPORT
GRADE: 08

SS-NBR: 0520180
SYSTEM: MORGAN COUNTY
SCHOOL: WEST MORGAN HIGH SCH
STUDENT: MAPLES, CORY R

DATE OF BIRTH

MAPLES, CORY R
AGE: 15 YRS. 03 MNTHS

TEST DATE: SPRING 1989

MAPLES, CORY R

### READING

| | COMPETENCY NAME | ITEMS TOTAL | ITEMS COR | MST RY |
|---|---|---|---|---|
| I-1,2 | WORDS FROM DAILY LIFE | 4 | 4 | + |
| II-1 | CONTEXT CLUES | 4 | 4 | + |
| III-1 | SUFFIXES - PREFIXES | 4 | 4 | + |
| III-2 | ABBREVIATIONS | 4 | 2 | - |
| IV-1 | ALPHABETICAL ORGANIZATION | 4 | 4 | + |
| IV-2 | LIBRARY SKILLS | 4 | 4 | + |
| IV-3 | REFERENCE SOURCES | 4 | 4 | + |
| IV-4 | BOOK SECTIONS | 3 | 4 | + |
| IV-5 | NEWSPAPER SECTIONS | 4 | 4 | + |
| IV-6 | MAIN IDEA, PASSAGES | 4 | 4 | + |
| IV-7 | WHO, WHAT, WHERE, WHEN, WHY | 4 | 4 | + |
| IV-8 | MAPS, GRAPHS, CHARTS AND TABLES | 4 | 4 | + |
| IV-9 | MAIN IDEA, DETAILS, GOVT/LAW ARTICLES | 4 | 4 | + |
| IV-10 | MAIN IDEA, DETAILS, MONEY MANAGEMENT | 4 | 4 | + |
| IV-11 | MAIN IDEA, DETAILS, NUTRITION MATERIAL | 4 | 4 | + |
| IV-12 | COMMON SIGNS | 4 | 4 | + |
| IV-13 | FILLING OUT FORMS | 4 | 4 | + |
| IV-14 | ADS, LABELS, DIRECTORIES | 4 | 4 | + |
| V-1 | FOLLOWING DIRECTIONS | 4 | 4 | + |
| VI-1 | FACT/OPINION | 4 | 4 | + |

### MATHEMATICS

| | COMPETENCY NAME | ITEMS TOTAL | ITEMS COR | MST RY |
|---|---|---|---|---|
| I-1 | READ & WRITE MONEY VALUES & WHOLE NO'S | 3 | 2 | - |
| I-2 | COMPARE DECIMALS: FRACTIONS | 2 | 1 | - |
| I-3 | COMPUTATION: WHOLE NUMBERS | 6 | 6 | + |
| I-4 | COMPUTATION: DECIMALS | 8 | 8 | + |
| I-5 | COMPUTATION: FRACTIONS | 5 | 2 | - |
| I-6 | CONVERSIONS: DECIMALS AND PERCENTS | 3 | 2 | - |
| I-7 | APPLS.: RATIO/PERCENT DISCOUNT/TAXES,ETC | 8 | 4 | + |
| I-8 | CONVERT FRACT/DECMLS APPLCS: FRACT/DECMLS | 4 | 2 | - |
| I-9 | FIND AVGS. OF WHOLE NO'S, AND DECIMALS | 4 | 3 | + |
| I-10 | CONVERT & METRIC CUSTOMARY MEASURES | 3 | 2 | - |
| II-1 | SOLVING PROBLEMS: ELAPSED TIME | 3 | 3 | + |
| II-2 | MEASURE LENGTHS BY USE OF A RULER | 3 | 2 | - |
| II-3 | SOLVE PROBLEMS INVOLVING CAPACITIES | 3 | 3 | + |
| II-4 | FIND PERIMETERS | 4 | 4 | + |
| II-5 | FIND RECTANGULAR AREA | 3 | 0 | - |
| III-1,2 | INTRP. GRAPHS, CHARTS AND TABLES | 4 | 4 | + |
| III-3 | SOLVE PROBLEMS USING SCALE DRAWINGS | 3 | 3 | + |
| IV-1 | APPROXIMATIONS | 3 | 3 | + |
| IV-2 | EST. RSNABLE ANSWERS TO LIFE PROBLEMS | 5 | 5 | + |
| V-1,2,3 | IDENTIFY GEOMETRIC FORMS AND CONCEPTS | 8 | 4 | + |
| VI-1,2,3 | DETRM CORRECT CHNG COMPARATIONS OF CST,ETC | 4 | 4 | + |
| VI-4 | TIME AND MONEY | 4 | 4 | + |
| VI-5 | COMPLETE CHECKS AND MONEY ORDERS | 4 | 4 | + |
| VI-6 | COMP. MPG, AVG.SPEED DISTANCE OR TIME | 4 | 4 | + |
| VI-7 | COMP. SALARIES, WAGES WITH DEDUCTIONS | 4 | 2 | - |

### LANGUAGE

| | COMPETENCY NAME | ITEMS TOTAL | ITEMS COR | MST RY |
|---|---|---|---|---|
| I-1,2 | PRONOUN-ANTECEDENT AGREEMENT NOUN FORMS | 5 | 5 | + |
| II-1 | VERB FORMS/SUBJECT- VERB AGREEMENT | 5 | 3 | - |
| I-2 | SEQUENTIAL AND LOGICAL ORDER | 7 | 6 | + |
| II-1,2,3 | SUPPLY INFORMATION | 7 | 7 | + |
| IV-1,2 | FRIENDLY LETTERS | 8 | 6 | + |
| V-2 | BUSINESS LETTERS | 6 | 6 | + |
| V-1 | FORMS | 5 | 4 | + |
| VI-1 | SPELLING | 5 | 4 | + |
| VII-1 | PUNCTUATION | 3 | 3 | + |
| VIII-1 | COMMA, SERIES | 3 | 3 | + |
| VIII-2 | COMMA, DIRECT ADDRESS | 3 | 3 | + |
| VIII-3 | APOSTROPHE, POSSESSION | 3 | 3 | + |
| VIII-5 | QUOTATION MARKS | 4 | 4 | + |
| VIII-6 | COLON | 4 | 4 | + |
| IX-1 | CAPITALIZATION | 10 | 10 | + |

CIR=CHAPTER 1 READING, CIM=CHAPTER 1 MATH, CIL=CHAPTER 1 LANGUAGE, SE=SPEC ED



# Morgan County

# Certificate of Award

## This Certifies That

*Cory Maples*

is awarded this certificate for being perfect in attendance

## NEITHER ABSENT NOR TARDY

for 9 months of the school term of 19 83 19 84

in the Public Schools of

## Morgan County

This honor is conferred this 24 th day of May 19 84

*Shirey L. Chaney*
TEACHER

*E. C. Thomaskutty*
PRINCIPAL

*Wes Thompson*
SUPERINTENDENT

CONFIDENTIAL

# Award Certificate

West Morgan School

Trinity, Alabama

This is to Certify that

Opal Maples

has been awarded the

Second Prize this of the

for the year of nineteen hundred eighty two and eighty four

Miss Shirley Chaney _____ Teacher

CONFIDENTIAL

MAPLES_0000175

# Award Certificate

West Morgan School

Trinity, Alabama

This is to Certify that

(Joy Milligan)

has been awarded the

Second Place Of the Division

for the year of Nineteen hundred eighty three and eighty four

Mrs. Shirley Chaney

Director

CONFIDENTIAL

MAPLES_0000176



## Award Certificate

West Morgan School
Trinity, Alabama

This is to Certify that

Gary Maples

has been awarded the

Student Person in Fourth Grade

for the year of nineteen hundred eighty-two and eighty-four

Mrs. Shirley Chaney _____   Teacher

CONFIDENTIAL
MAPLES 0000177

CONFIDENTIAL

MAPLES_0000178

MAPLE'S SPORTING GOODS

# Award Certificate

West Morgan School

Trinity, Alabama

This is to Certify that

Cecil Mosley

has been awarded the

Second Place Fifty Yard Dash

for the year of Nineteen Hundred eighty three and eighty four

Nice Shing Champy

Junior

MAPLES_0000179

CONFIDENTIAL



# Award Certificate

West Morgan School

Trinity, Alabama

This is to Certify that

Coy Maples

has been awarded the

West Side Award

for the year of nineteen hundred eighty three and eighty four

Mrs. Shirey Craney _____ Teacher



# WEST MORGAN
## HIGH SCHOOL

# FOOTBALL

## Welcome to Rebel Country!!!

CONFIDENTIAL

# *INDUSTRY*

### ARE YOU LOOKING FOR A LOCATION?
### CHECK MORGAN COUNTY'S ADVANTAGES:

1. Excellent Political Climate
2. Excellent Labor Market
3. Excellent Transportation Facilities

4. Excellent Schools
5. Excellent Recreational Facilities

### SEE US
## MORGAN COUNTY COMMISSION
P.O. Box 668
Decatur, Alabama 35602

| LARRY BENNICH | E.V. WHITE | CHARLES H. SPARKMAN | JOE SUMMERFORD | HOWARD JENKINS |
|---|---|---|---|---|
| Chairman | Member | Member | Member | Member |

We, the West Morgan Athletic Booster Club, would like to say thanks to the Merchants for their support in our 1991 Football Program, and to the people in the West Morgan Community for supporting our athletic program. We deeply appreciate every one that has given their time and hard work. With your help and prayers we can join together and make West Morgan a much better school and community in which to live.

## *PLEASE JOIN AND SUPPORT YOUR ATHLETIC BOOSTER CLUB*

## OFFICERS

President . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Neal Banks
Vice President . . . . . . . . . . . . . . . . . . . . . . . Jimmy Jenkins
Treasurer . . . . . . . . . . . . . . . . . . . . . . . . . . . . Donie Rice
Secretary . . . . . . . . . . . . . . . . . . . . . . . . . Cynthia Kimbrell

MAPLES_0000388

## Compliments of



# General ⊛ Electric

**Decatur Plant Operations**
*"Nobody Builds A Better Refrigerator"*



# REBEL COACHES

Kneeling - Head Coach - Dwight Lawler
Assistants - Bill Hopkins, Dwight Satterfield, Craig Cleveland, Darrell Haynes

# FOOTBALL  SCHEDULE

| | | |
|---|---|---|
| Sept. 6 East Lawrence | A | |
| Sept. 13 Lexington | H | |
| Sept. 20 Speake | H | |
| Sept. 27 Falkville | H | |
| Oct. 4 E. Limestone | A | |
| Oct. 10 Hatton | A | |
| Oct. 18 Tanner | A | |
| Oct. 25 Elkmont (HC) | H | |
| Nov. 1 Hazlewood | H | |
| Nov. 8 Danville | A | |

CONFIDENTIAL

MAPLES_0000389

## 1991 JUNIOR REBELS



The

## *Lily Pad*
# FLORIST
## 350–5723

24134 Al Hwy 24 * Trinity, Al 35673

GENE R. MABREY
General Manager
**ARATEX SERVICES, Inc.**



201 4th STREET, S.E.
POST OFFICE BOX 1963
DECATUR, ALABAMA 35602
(205) 353-6072



# Watson Machine &
# Fabricating
# Co., Inc.

* PRECISION MACHINE WORK
  OF ALL TYPES

* WELDING

P. O. Box 973
Beltline Highway

355-5743



CONFIDENTIAL

# TERRY POOLS & SPAS
## 355-5625 ● 230-0050
2406 Beltline Rd., Decatur next to Grassland ● 1993 Hwy. 31 S. Athens
Mon - Sat 9 to 5

**"Pioneer Pool Products Dealer"**
**"Sustain" - Chemical Dealer**

## 1991 SENIOR REBELS



COMPLETE LINE OF

- Pools
- Spas
- Supplies
- Chemicals
- Floats

- Pool Covers
- Solar Covers
- Pool Games
- Auto Vacuums
- Remodeling

**• FREE ESTIMATES**     **• FREE WATER ANALYSIS**

(Show Pools throughout N. Alabama)
Local Owned & Operated by Allen & Melinda Terry

CONFIDENTIAL
MAPLES_0000391

Compliments Of

# HIBBETT SPORTING GOODS
## 16 STORES TO SERVE YOU



# 350-9116

- ATHLETIC SHOES
- TEAMS UNIFORMS & EQUIPMENT
- EXERCISE EQUIPMENT
- ALABAMA & AUBURN SPORTSWEAR

Beltline Mall - Decatur, Alabama

E-Z TERMS                     355-5630


FURNITURE

- Complete Line of Quality Furniture -
  DISCOUNT PRICES

1 Mile West of Hwy. 67 on 24 West
Decatur, Alabama                Jack Nelson



### NELMS PACKING COMPANY

WHOLESALE MEATS OF ALL KINDS

P. O. Box 1016 - Decatur, Alabama 35602
Phone: (205) 353-5902



## The Trophy Place
25474 Hwy. 24
Trinity, AL 35673
(205) 355-3560

**BONNIE & DALE KARRH**

# WAL-MART ®

## ALWAYS THE LOW PRICE ON THE BRANDS YOU TRUST.

# ALWAYS.℠

# 1991 REBELS

# HEMBREE MACHINE, INC.

Beltline Road at Trinity Lane
P.O. Box 5130
Decatur, Alabama 35601

*PHONE 355-9568*
*FAX 350-5809*



**FRED E. HEMBREE**
**RES. 773-9455**

**MIKE HEMBREE**
**RES. 773-6135**

CONFIDENTIAL



# LITTRELL LUMBER MILL, INC.

**QUALITY BUILDING MATERIALS**

We Buy Logs & Timber

OLD MOULTON ROAD S.W.

Decatur, Alabama 35601

**355-1468**

 

# Cagle Alignment and Brake Service, Inc.

### Top Dog Custom Exhaust Center

HWY 24   ¼ MILE WEST TOWARD MOULTON

353-3043           353-4333

Owners: John & Linda Miller


**TOOLS**

## B & B
## Landscaping, Supplies & Hardware

Dog Food
Top Soil
Pine Bark
River Rock

Cross-ties
Sand
Pea Gravel
Hardware

Wheat Straw
Grass Seed
Fertilizers
Chemicals

**RESIDENTIAL — INDUSTRIAL**

2408 Beltline Road                     Decatur, AL

## 350-6816

"Complete   Commercial   Lawn   Maintenance"

# WILLIAMS AUTO PARTS
*"Since 1936"*
**Machine Shop & Radiator Shop**

| Main Store | & Radiator Shop | Branch Store |
|---|---|---|
| 133 4th Ave. | 133 4th Ave. | Hwy. 31 South |
| 353-0811 | 353-5416 | 353-1060 |

**YOUR RADIO CONTROL HEADQUARTERS**
Indoor Carpet Racing Tues. & Sat.
Outdoor Dirt Racing Sun.
We Specialize in Radio Control Cars, Trucks,
Rental Cars Available


*Performance* JOHNY *RACEWAY*
Beltline Rd. at Hwy. 24 • 353-3399


**Nintendo**
Members $2.75 for 3 nights
Sundays Free

# COPY CAT PRINTING CO.



923 Sixth Avenue S.E.
Decatur, Alabama 35601
(205) 350-3061 / 350-5566
FAX (205) 350-6595
*Locally Owned & Operated by Mike Free*



## MITSUBISHI
### FORKLIFT TRUCKS



# Kalmar AC

## • Sales • Rentals • Leasing
## Genuine Allis-Chalmers Parts
## • Service • AC Financing



KALMAR AC
LIFT TRUCKS

• Lift Trucks (Gas, diesel, LPG or electric)
• Walkies • Side Lifts • Narrow-Aisle Trucks

# TENNESSEE VALLEY EQUIPMENT
### Route 1, Box 54 – Highway 24, West
### Decatur, Alabama 35601
## Phone 353-7786

Roger Boggess                    Wayne Mahaffey

CONFIDENTIAL

MAPLES_0000395