Precision Machine Work & Welding

# PETTEY MACHINE WORKS

Route, 2, Box 423
TRINITY, ALABAMA 35673
Highway 24 A'top Trinity Mountain

Billy D. [Bill] Pettey
Owner

Phone:
355-0085

Compliments Of

# SHELTON FUNERAL HOME

Beltline Rd. S.W.

FULL SERVICE ON ALL BURIAL POLICIES

Decatur, Alabama
GENE SHELTON - MANAGER
353-1620

## GO REBELS!

## SOPHMORE REBELS





Morgan County Tractor Co.
Hwy. 24 W. -- Decatur, AL
353-6975

GEORGE COLLINS
Owner

SHERMAN CRISLER
Manager

BETH THOMAS, Parts Manager



BUSH HOG

VISA & MASTER CARD
100% Financing with Approved Credit

LAYAWAY

### SELF'S JEWELRY
2125 Beltline Road S.W.
Decatur, Alabama 35603
Phone 355-3174

Locally
Owned & Operated by
JIM & LUCY SELF

Jewelry Repair
by
PAUL A. SELF



"Get Your
Class Rings
Here"



CONFIDENTIAL

MAPLES_0000396



Compliments of

# THE DECATUR DAILY

COMPLIMENTS OF

# TRINITY GIN CO.



Trinity, Alabama

# FRESHMAN REBELS



## Precision Collision Repair

### Greers Frame & Body Repair

JOEY HEMBREE  
Owner

BUDDY HAYNES  
Frame & Unibody Spec.



WE TAKE THE DENTS OUT OF ACCIDENTS

Phone (205) 353-4445

1808 Old Moulton Road  
Decatur, AL 35601

*COMPLIMENTS OF*

# TOM'S AND JERRY'S TRUCK AND PARTS

Rt. 1, Box 53-B  
Old Hwy. 24



## PHONE 355-8672

*Compliments Of*
# THE MINI MART
Highway 24 At Seneca Drive
Trinity, Alabama

PIZZA • HOT DOGS • HAMBURGERS • FOUNTAIN DRINKS

# DECATUR OPTICAL DISPENSARY, INC.

"Your Home Town Optical Shop"

210 8th Ave., N.E.
355-6210

2208 Danville Rd., S.W.
(Wes-Bryan Village)
351-0040

## SECONDARY



# HOLLAND & WOODARD COMPANY, INC.

"Serving North Alabama Since 1945"

Delivered In Truck Load Lots
Anything To Be Hauled In Dump Trucks

2 Way Road Communications

MAIN OFFICE          DISPATCHING
353-1841              355-1821

Equipment Maintenance
353-1812

# BRANUM'S



24 Hour Wrecker Service
Hardware - Auto Parts
Trinity, Alabama 35673
Phone: 355-7363 - 353-3192

Dick Branum
Res. 355-0525

Paul Branum
Res. 353-0844

Dicky Branum
Res. 350-2096

(205) 350-7442



### Wholesale Jewelers, Inc.
DIAMONDS, GOLD CHAINS & WATCHES
EXQUISITE JEWELRY SOLD AT WHOLESALE PRICES

RICKEY McNUTT
Owner - Manager

1600 BELTLINE PLAZA
NEAR WAL MART
DECATUR, ALABAMA 35601

## DEFENSIVE LINEMAN



### Rainbow Video
Next to Mtn. Top Cafe
TRINITY MTN.

OVER 2400 MOVIES!

MOVIE RENTALS
$2.00
Others
$1.00

HOURS:
10:00 - 8:00 Mon. - Thurs.
10:00 - 9:00 Fri. - Sat.
CLOSED SUNDAYS
VCR and MOVIE RENTALS
Movies may be reserved
**351-0250**
NINTENDO RENTALS
Owned & Operated by
Michelle Lancaster / Leann Daugherty

---

DELI    GAS

### Morgan's COUNTRY STORE

Gordon Terry Parkway
Intersection of 24 and 17
353-9513
HOURS
5:30 - 9:00 Mon.-Sat.
12:00 - 9:00 Sunday

POOL SUPPLIES    CLOTHING    GROCERIES



# Athlete's Feet

## RIVER OAKS CENTER

Athletic Shoes At
DISCOUNT PRICES
353-1423

J. COMPTON
V. DAVENPORT

## C-D Machine & Tool Shop



ROUTE 1, BOX 54G, DECATUR, AL 35603
PHONE (205) 355-9198

## LINEBACKERS



Caddo 974-1448
Decatur 353-0523
Moulton 974-9055



## Lentz Tire
AND SERVICE CENTER

"WE KEEP YOU ROLLING"

Check out our "HI-GLO YELLOW"
and "HOT PINK" letter Tires!!

TONY LENTZ
Owner

6104 Co. Rd. 434
Trinity, Alabama 35673
(205) 974-1448



## Target Time

**COME JOIN THE FUN!**
Owners: Johnny & Linda Poole
353-9423

Guns - Ammo - 9 Firing Lanes - Hunting & Fishing License
• BOWLING PIN SHOOT - Saturday's 6 p.m.

INDOOR PISTOL RANGE
Old Hwy 24, Trinity, AL 35673

## J & K MACHINE & TOOL CO.

*General Machine Work — Tool & Die*
*Precision Grinding*

Route 3, Box 254
DECATUR, ALABAMA

BUS. PHONE: (205) 350-6024

**Billy Hembree**          Route 5 - Box 113
Res. 353-0654           DECATUR, ALA. 35603



If we can't help you, nobody can.

Corner of Beltline Road
and Centron Drive
*next to* Catfish Restaurant

## OFFENSIVE LINEMAN



### Eddy's Auto Parts
COMPLETE LINE OF AUTOMOTIVE PARTS
105 1st Ave., N.E. - Decatur, AL. 35601
Phone: 355-7922





Route 2, Box 799
Gordan Terry Pkwy.
Flagcrest Plaza
Trinity, Alabama 35673

Gail Rainwater
Owner
351-7722



# WEST MORGAN REBELS



| NO. | NAME | POSITION | GRADE |
|---|---|---|---|
| 66 | Jason Cottingham | G | 12 |
| 32 | Shannon Waits | FB/LB | 12 |
| 62 | Paul Searcy | Center/DE | 12 |
| 88 | Kenneth Hall | SE/FS | 12 |
| 11 | Shane Hitt | SS/QB | 12 |
| 86 | Tim Fowler | SE/A | 12 |
| 22 | Bradley Hampton | TB | 12 |
| 84 | Corey Maples | End | 12 |
| 10 | Chris Basden | Corner | 12 |
| 09 | Johnathan Johnson | FS | 12 |
| 05 | Kenny Bolton | SE | 12 |
| 72 | Daniel Barnes | T | 11 |
| 74 | Ronnie Clark | T | 11 |
| 80 | Jason Keenum | E | 11 |
| 82 | Chris McCowan | E | 11 |
| 58 | Dean Powers | C/CB | 11 |
| 54 | T.J. Tregle | T | 11 |
| 38 | Brandon Morris | SS | 12 |
| 40 | Brandon Stutts | FB | 10 |
| 57 | Andy Stoker | G | 11 |
| 75 | Steven Haynes | T | 11 |
| 27 | Chad Stutts | TB | 11 |
| 77 | Shane Rice | T | 10 |
| 51 | Patrick Grissom | G | 10 |
|  | Shawn Wilson |  | 10 |
| 85 | Sam Mathis | E | 11 |
| 30 | Shawn Henderson | FB | 10 |
| 55 | Shane Beason | T | 10 |
| 42 | Jason Tapscott | E | 10 |
| 03 | Chris Davis | QB | 10 |
| 60 | Jason Anderson | G | 9 |
| 12 | Justin Shelton | SS | 9 |
| 07 | Phillip Banks | QB | 9 |
| 06 | Daniel Wilburn | FB | 9 |
| 02 | Ashley Owens | QB | 9 |
| 20 | Brad Mosley | TB | 11 |
| 65 | Wayne Stewart | G | 11 |
| 70 | Jeremy Lancaster | G | 11 |
| 01 | Brian Hill | E | 11 |
| 44 | Trey Rainwater | FL | 11 |
| 73 | Paul Rolin | T | 11 |
| 35 | Terry Borden | E | 11 |
|  | Landon Pendleton |  | 11 |
|  | Will Morgan |  | 11 |
| 63 | Marty Reese | G | 11 |
| 41 | Lewis Williams | TB | 11 |





Offside or Encroachment | Illegal Procedure | Illegal Motion | Delay of Game | Illegal Use of Hand or Arm | Roughing Kicker | Illegally Kicking or Batting Loose Ball | Intentional Grounding; Loss of Down | Unsportsmanlike Conduct; Illegal Participation | Illegal Pass | Fair Catch Interference

CONFIDENTIAL

# SPEAKE




| NO. | NAME | POSITION | GRADE |
|---|---|---|---|
| 79 | Jason Ball | T | 11 |
| 70 | Craig Blaxton | T | 8 |
| 53 | Jeremy Braswell | C | 10 |
| 11 | Brandon Brown | QB | 11 |
| 36 | Chris Brown | RB | 12 |
| 69 | Jason Crowe | G | 12 |
| 38 | Jeffrey Glen | E | 9 |
| 65 | Jason Holland | G | 9 |
| 12 | Larry Jackson II | E-RB | 12 |
| 78 | Troy Kenum | T | 8 |
| 71 | Michael Kitchens | T | 9 |
| 61 | Jeremy McCormick | G | 12 |
| 50 | James McLemore | T | 9 |
| 49 | Mark McLemore | RB | 12 |
| 39 | Jeremy Orr | E | 9 |
| 80 | Brandon Owens | E | 10 |
| 64 | Matthew Pelfrey | G | 10 |
| 59 | Jason Putman | T | 10 |
| 73 | Justin Reed | G | 8 |
| 86 | Chad Segars | E | 10 |
| 20 | Abril Sheppard | E | 10 |
| 22 | Bobby Singleton | RB | 10 |
| 16 | Adrian Taylor | RB-QB | 9 |
| 31 | Julian Taylor | RB | 10 |










Ineligible Receiver | Clipping | Grasping Face Mask | Blocking Below the Waist | Personal Foul | Holding or Obstructing | Ball Dead; If Hand is Moved from Side to Side: Touchback; Fourth Down Closed Fist | Safety | Start the Clock | Ball Ready for Play | Equipment Violation | Touchdown or Field Goal



**THE PLACE TO SAVE IS AUTO $AVE TIRE STORES**

- WHEEL BALANCING
- ALIGNMENT
- BRAKE SERVICE
- SHOCK ABSORBERS

**353-1235**

JAMES McKENZIE - OWNER
OVER 21 YEARS EXPERIENCE



BFGoodrich
REYNOLDS TIRES OF EXCELLENCE
PIRELLI
Nitto
Hallmark TIRES

HOURS: 7:30 AM - 5:30 PM MON - FRI
7:30 AM - 1:00 PM SAT

1322 6TH AV SE



**Temptations CHILDREN'S SHOP**

Specialty Shop
1401 6th Avenue, S.E.
Decatur, Alabama 35601

SANDRA ATKINS
MARGARET McGEE        (205) 355-2744

## BACKS



# Ruth's Styling Salon

Ruth Fuller
Owner and Stylist

Missy Goodwin
Stylist

John Johnson Road,
Trinity, AL 35673, Telephone 355-0325

 Flowers For All Occasions 

# Terry's Country Florist

Court Street

Moulton, AL 35650

Owners:
Carl & Teresa Terry          974-1689

CONFIDENTIAL                                                            MAPLES 000404



- NEXXUS SUPPLIES
- SERVICE
- VALVE
- QUALITY
- SATISFACTION GUARANTEED

**No Appointment needed**

**Beltline Plaza - Next to WAL-MART**

351-2248    Mon.-Fri. 9-6    Sat. 8-4

## RECEIVERS



### GEORGE HARMON'S
*City Park Flower Shop*
EXCELLENCE IN DESIGN

"Your Satisfaction"
My Main Goal

Staff Specialist In
Wedding Receptions
Large Parties
Custom Design

Staff Specialist In
Sympathy
Get Well
Happy Birthday
& Etc.

We Wire Flowers World Wide
All Major Credit Cards Accepted
Rental - Plants, Wedding Brass & Silk Arrangements

826 G Bradley St. S.W.
Decatur, AL 35601

Local: 205-353-9341
AL: 1-800-225-4292
U.S.: 1-800-654-0598

### Go Rebels!

Compliments of

### Johnson's Country Market

Old Highway 24 West
Trinity, Alabama

Owners:
Duggie and Sarah Johnson

## Complete Pro Shop

Ping    Titleist    Taylor

Powerbilt



### RePar Golf Shop & Range
2828 Danville Road
Decatur, Alabama 35603
350-8187

Charles Allen

Complete Line Of Club Repairs
— Custom Fitting —

---

Your Plant Is Our Priority        All Work Is Guaranteed

### BYRD MAINTENANCE SERVICES, INC.
Industrial Mechanics, Millwrights, Welders, Pipefitters

**GARY AND ROBIN BYRD
OWNERS**

P.O. Box 1671
Highway 20 West                Office: 205/355-1627
Decatur, Alabama 35602

---

### MARTHA'S RESTAURANT & CATERING-SERVICE

Catering Truck To Come To Your Business For Breakfast Or Lunch

Restaurant Open 5 AM - 1:30 PM

Ipsco Road & Woodall Rd ------------- 355-6475

---

## GO REBELS!

River Oaks Mall
Decatur, Alabama 35601
(205) 350-6445
(205) 350-6534

**Steve Blake**

### Cobbie Shop.

---

FREIGHT AGENT          (205) 350-830b
LOCAL & LONG DISTANCE

### SIMS & SIMS
### TRUCK SERVICE, INC.

P.O. Box 1924
Decatur, Alabama 35602

**DON SIMS**            STORAGE TRAILER
President               RENTAL

---

Huntsville              Telephone: 350-3071
536-2518                Residence: 355-8599



### Cloverleaf
LINCOLN-MERCURY
JEEP-EAGLE

VOLUME SALES ♦ QUALITY SERVICE

**GARY E. SMALLWOOD**       2121 Hwy. 31, South
Sales Representative        Decatur, AL 35601

CONFIDENTIAL                MAPLES_0000406

## Compliments of
# TRINITY DISCOUNT DRUGS
## WEST MORGAN VARSITY CHEERLEADERS



# VARSITY CHEERLEADERS

Omisha Nichols, Vicki Kimbrell, Alison Jones, Mascot-Daphne McDougle, Head-Mandi Reed
Missy Waters, Suzanne Glasgow, Mauda Faulkner, Christy Speakman, Co-Head-Lara Mobbs
Stacy Bice, Nicole Cockrell

### Larry Martin, R.PH., Owner
### Full-Line Drug Store
### Family Record Service • Cards • Gifts • Toys
SCHOOL SUPPLIES

Hwy. 24 W.
S. Seneca Drive
Top of Trinity Mt.

HOURS
9-7:00
Mon. - Sat.
2-6:00 Sun.

**Phone 350-3365**



CONFIDENTIAL   MAPLES 000407



# Whitts Barbecue

**Now 2 Locations**

1 BLOCK NORTH OF THE
BELTLINE ON SPRING AVE.
DECATUR, ALABAMA
350-2748

CALL AHEAD

918 6th Ave., S.E.   351-6294

## JERRY'S MACHINE, INC.

MACHINING, TOOLING, FABRICATING, JIG & FIXTURE
1702 FIFTH AVENUE, S.E.
DECATUR, ALABAMA 35601

JERRY HEMBREE
PRESIDENT
DAVID HEMBREE
VICE PRESIDENT

OFFICE (205) 355-7674
HOME (205) 350-8975
FAX (205) 355-7681

## B-TEAM CHEERLEADERS



Head - Elaine Rice, Holly Strickland, Bethany Moyers

## Centron Lumber Do it center

**BUILDING MATERIALS • HARDWARE • MILLWORK**

"YOUR HOMETOWN DO IT PLACE"

- APPLIANCES
- LUMBER
- PLYWOOD
- PANELING
- MOULDING
- ROOFING
- DOORS
- CABINETS
- WINDOWS
- ELECTRIC
- INSULATION
- POWER TOOLS
- HAND TOOLS
- PLUMBING
- PAINTS
- LAWN & GARDEN
- BUILDERS HARDWARE
- LIGHTING FIXTURES
- MILLWORK • PVC PIPE
- WATER SEAL

TAPPAN - WHIRLPOOL - GAF - SKIL - THOMPSON - OSMOSE


OVER 15,000 SQ. FT.

RETAIL • BUILDER
"SERVING DECATUR FOR OVER 10 YRS"

**WE DELIVER   353-3695   VISA, MC**

2625 CENTRON DRIVE, S.W. / DECATUR, ALABAMA

## Kimberly's

*Bridal & More*
15324 Court Street
Moulton, AL 35650

Brenda Pettey
Owner



Kim Pettey
Manager

(205) 974-8660



CONFIDENTIAL MAPLES 0000409

# Compliments of
# HILL'S UNOCAL 76
## WEST MORGAN



## JR. HIGH CHEERLEADERS
Sitting L-R Mandy Brown, Lisa Tuck
Standing L-R Ame Bradford, Head – Julie Borden, Rachel Wallen



Hours: Monday - Friday 6:00 - 10:00 P.M.
Sunday 8:00 - 10:00 P.M.

FULL SERVICE
Hwy. 24 West
Decatur, Alabama

Mike Hill, Owner    "GO BIG REBELS"    Phone: 355-9861

CONFIDENTIALMAPLES 0000410

ULTRA & CRAGAR
WHEELS

LEE TIRES
TURBO-ACTION
RADIAL G/T

# Minor Tire & Wheel, Inc.

3512 6th Avenue S.E.
DECATUR, ALABAMA 35603
(205) 353-4957

*WE ARE YOUR CUSTOM WHEEL SPECIALISTS*

---

WE HANDLE CHAIN LINK AND PRIVACY FENCES,
DOG KENNELS AND CARPORT AND PATIO COVERS
WE SPECIALIZE IN CUSTOM WOOD FENCES

# Athens Fence Co.

-- QUALITY FENCE AT REASONABLE PRICES --

## 233-2626 or 1-800-273-5841

— Call Today For A FREE Estimate —
DECKS — WOOD FENCES

Tim Gee - Manager
DWIGHT GEE, OWNER
JIM CORK, REPRESENTATIVE

HIGHWAY 99
ATHENS, AL 35611

---

**CHAMPION**

**FOOD**

**MART**

**DOWNTOWN TRINITY**

FLOWERS

*for All Occasions*

*De Austin Florist*
2004 Danville Road
Decatur, Alabama 35601

Carl & Nell Brazier
Owners

Home: 353-7068
Bus.: 355-6438

**GO REBELS!**



Bill's Rental World

**350-3333**

**DRUM MAJORETTE**
Miranda Cagle
Senior



ELDON TAYLOR

**MID-SOUTH SALVAGE**
*New & Used Tractor Parts*

Highway 24 W. 1 Mile
Phone 353-5675
Phone 353-5661
P.O. Box 545
Decatur, Alabama 35602





 **STOVALL-MARKS**
*Insurance of North Alabama, Inc.*

Personalized Service
Affordable Rates

1402 CENTRAL PARKWAY S.W.
P. O. BOX 1458
DECATUR, ALABAMA 35602
205 - 355-7951

Gerald Marks         Steve Stovall
MAX MERRITT          DEWAYNE BORDEN

**EMI**
**POWER AND**
**AUTOMATION, INC.**

Highway 20 West
DECATUR, ALABAMA 35601
Off: 355-3243
Res. 353-4064

J. D. BULLARD            BARRY BULLARD
President                Vice-President



CONFIDENTIAL                              MAPLES 0000412

## BAND MEMBERS



# Kentucky Fried Chicken

## DECATUR, ALABAMA 35601

*Two Locations*

BELTLINE HIGHWAY
353-6980

6th AVENUE, S.E.
353-0126

CONFIDENTIAL

# MAJORETTES



Seated - Candy Cannon, Michelle Primmer
Kneeling - Emily Bolton, Beth Fuller
Standing - Katina Bolan, Head - Paula McKnight



# 1991 JR. HIGH REBELS

CONFIDENTIAL

MAPLES 0000414