

## GOSS ELECTRIC CO.
EXPERIENCE SINCE 1963

**ELECTRIC CONTRACTOR**

INDUSTRIAL - COMMERCIAL
EXPERIENCE IN ENGINEERING & CONSTRUCTION
ENGINEER • CONSTRUCTION • MAINTENANCE

Carl Goss - President
Member D.E.C.A. & Associated Builders Contractors

**353-8751**

207 OAK N.E.

---

## Lemmond Bros.
### River City Housing

New, Used and Repo Mobile Homes

LONNIE LEMMOND
JEFF LEMMOND

Highway 31 / Decatur, Alabama
350-9243

---

# FLAGS



Seated - Dawn Eades, Amy Goss; Kneeling - Monica Kirby, Tonya Robinson, Michelle Garrison
Standing - Carrie Russell, Diana Beard, Wendy Johnson, Alma Morgan, Tassie, Ledlow, Tammy Beard

---

Environmental Engineering • Chemical Testing
Sludge Management • Dredging
Civil Engineering • Drilling
Stormwater Permitting
Environmental Site Assessments



# MID-SOUTH TESTING, INC.
2220 BELTLINE ROAD, S.W. • DECATUR, Al. 35601
(205)350-0846

CONFIDENTIAL                                            MAPLES 0000415










**River Oaks Mall
& 113 2nd Avenue**

DIAMONDS     FINE JEWELRY

14K GOLD     WATCHES

(205) 355-7522



*Blue Dolphin Pools*
POOLS - PATIO FURNITURE - SERVICE

BOB WHITLOCK

1624 - 4TH AVE. S.E.
DECATUR, ALABAMA 35601

## VOLLEYBALL TEAM



## FAMILY STYLE BARBEQUE

BEEF - PORK - CHICKEN

**CARRY OUT**

**DECATUR, ALABAMA**

145 14th S.W. Decatur
712 Morgan St. Moulton

**PHONE 353-9621**

### 1991-92 Volleyball Schedule

| Date | Opponent | Time | Location |
|---|---|---|---|
| Sept. 10 | Hazelwood | 4:00 p.m. | Home* |
|  | Randolph | 5:00 p.m. |  |
| Sept. 12 | Falkville | 4:00 p.m. | Home |
|  | East Lawrence |  |  |
| Sept. 16 | Speake | 4:00 p.m. | Home |
| Sept. 17 | East Lawrence | 4:00 p.m. | Away |
|  | Courtland |  |  |
| Sept. 19 | Hatton |  | Away* |
| Sept. 21 | Jr. Varsity Tournament at Brewer |  | Away |
| Sept. 24 | Hazelwood | 4:00 p.m. | Away |
| Sept. 26 | Mt. Hope | 5:00 p.m. | Home* |
|  | Moulton | 4:00 p.m. |  |
| Sept. 30 | Speake | 4:00 p.m. | Away |
| Oct. 1 | Tanner | 4:00 p.m. | Away |
| Oct. 3 | Falkville | 4:00 p.m. | Away |
|  | Vinemont |  |  |
| Oct. 8 | Mt. Hope | 5:00 p.m. | Away |
| Oct. 10 | Randolph |  | Away |
| Oct. 13 | Moulton | 4:00 p.m. | Away |




# WATERS

## BROTHERS CONTRACTORS INC.

# Heavy Hauling

**MACHINERY MOVERS • EQUIPMENT •
FILL DIRT & TOP SOIL • GRAVEL • SITE
PREPARATION • LAND CLEANING •
LEVELING • ASPHALT PAVING**



"SERVICE WHEN YOU NEED IT"

# 350-0560

**MARLON WATERS**

WOODALL ROAD - DECATUR, ALABAMA

CONFIDENTIAL

MAPLES 0000418

**VERIFIED OFFICIAL GED® TRANSCRIPT IN PDF FORMAT ONLY**

# OFFICIAL GED® TRANSCRIPT

Issued by the GED Testing Service as of 08/27/2019

*Martin Kehe*
Martin Kehe
Vice President, Assessment Services

## CANDIDATE INFORMATION

LAST NAME: MAPLES  
FIRST NAME: CORY  
MIDDLE: R  
ADDRESS: RT 3 BOX 184-A  
ADDRESS2:  
CITY: DECATUR  
STATE: AL  
POSTAL CODE: 35603  
COUNTRY: US  
ID NUMBER: ALHN02148860  
DATE OF BIRTH:  
PHONE:  
TESTING JURISDICTION: Alabama  
PASS DATE: 09/19/1993  

Click on a test subject area or performance level for more detailed information

## TEST RESULTS

| | DATE | TEST FORM | SCORE* | STATUS | PERCENTILE RANK |
|---|---|---|---|---|---|
| Language Arts, Reading | 09/19/1993 | | 54 | PASS | NA |
| Social Studies | 09/19/1993 | | 56 | PASS | NA |
| Mathematics | 09/19/1993 | | 51 | PASS | NA |
| Language Arts, Writing | 09/19/1993 | | 53 | PASS | NA |
| Science | 09/19/1993 | | 58 | PASS | NA |

| | | | | | |
|---|---|---|---|---|---|
| | | Score Total | 272 | Overall | |
| | | Battery Average | 54 | PASS | |

* The scores on the report are the highest scores achieved by the candidate and not necessarily the most recent. If retest scores are lower than scores previously achieved, the retest scores are not reported.

To learn more about score scales and content descriptions please visit www.GEDtestingservice.com/transcriptinfo

Order additional transcripts from www.GED.com

Official transcript issued under the auspices of GED Testing Service.
GED® and GED Testing Service® are registered trademarks of the American Council on Education.
They may not be used or reproduced with the express written permission of ACE or GED Testing Service.
The GED® and GED Testing Service® brands are administered by GED Testing Service LLC under license from the American Council on Education.

Copyright © 2013 GED Testing Service LLC. All rights reserved.

MAPLES_0001139

ONFIDENTIAL



CORY R MAPLES
RT 3 BOX 184-A
DECATUR  AL 35603

STATE OF ALABAMA
DEPARTMENT OF EDUCATION
MONTGOMERY, ALABAMA 36130-3901

GED

# High School Equivalency Certificate

This is to certify that

**CORY R MAPLES**

having satisfactorily passed comprehensive examinations prescribed by the State of Alabama, Department of Education, thereby demonstrating satisfactory evidence of general educational development equivalent to high school graduation, is hereby awarded this **HIGH SCHOOL EQUIVALENCY CERTIFICATE**, Number NS-0214886

In witness whereof our names and the seal of the State Board of Education, Montgomery, Alabama, are hereto affixed. This the 28TH day of SEPTEMBER, 19 93.

_Wayne Teague_
STATE SUPERINTENDENT OF EDUCATION

_Jim Folsom_
CHAIRMAN, STATE BOARD OF EDUCATION
GOVERNOR, STATE OF ALABAMA

CONFIDENTIAL



**State of Alabama**
## Department of Education
Gordon Persons Building
50 North Ripley Street
Montgomery, AL 36130-3901



Wayne Teague
State Superintendent of Education

*"Promoting Excellence
in Alabama's Schools"*

Dear GED Recipient:

CONGRATULATIONS! We extend our congratulations to you for having successfully met State requirements on your GED test for the issuance of a State GED Certificate. You are truly to be commended.

Should you need a duplicate copy or a transcript of your scores, please make your request(s) in writing, including the following information:

    Name (as it appears on your certificate)
    Address
    Date of Birth
    Social Security Number
    Date and Where You Took Your Test

For each request made, please include a $5.00 money order, certified check, or cashier's check made payable to the State Department of Education.

If we may be of assistance to you in the future, please do not hesitate to contact this office at GED Testing, Gordon Persons Building, 50 North Ripley Street, Montgomery, Alabama, 36104-3833. Our telephone number is (205) 242-8182.

Sincerely,

Bobby B. Dees, Coordinator
Adult Education Program
Division of Student Instructional
    Services

BBD/by
Enclosure

CONFIDENTIAL

MAPLES 0000371

MAPLES_0000825



CORY R. MAPLES
ROUTE 3, BOX 184-A
DECATUR, ALABAMA 35603



Enrollment Services

The University
Of Alabama
In Huntsville

Huntsville, Alabama 35899

)NFIDENTIAL



# The University Of Alabama In Huntsville

Enrollment Services
University Center
Huntsville, Alabama 35899

| | |
|---|---|
| Admissions | (205) 895-6071 |
| Enrollment Management | (205) 895-6753 |
| Records/Registration | (205) 895-6750 |
| Recruitment | (205) 895-6070 |
| Registrar | (205) 895-6753 |
| Testing | (205) 895-6725 |
| Toll-free | 1-800-UAH-CALL |
| Fax | (205) 895-6073 |

**CONGRATULATIONS!**

Your G.E.D. scores are high enough to qualify for admission to The University of Alabama in Huntsville. We would like to encourage you to consider joining the student body at UAH which includes students of all ages from 16 to 70. We are enclosing informational material about our program.

Many classes are available during the evening hours and some even on Saturdays to meet the needs of working students.

If you have any questions about programs available or the admission process, please call us at 895-6071, or stop by the Admissions Office in Room 124 of University Center.

Sincerely,

Ron Koger
Assistant Vice President

enclosure

A Space Grant College
An Affirmative Action/Equal Opportunity Institution



# The University In Your Future

Imagine studying physics with Galileo, math with Sir Isaac Newton, or philosophy with Socrates.

Those would be opportunities too good to let pass by. Why? Because those scientists pushed the frontiers of human knowledge.

How about learning chemistry from a scientist whose experiments regularly fly aboard the space shuttle? Or business from professors who are merging management and technology. Or engineering from researchers who are perfecting a holographic TV.

Those would also be opportunities too good to let pass by.

They are *real* opportunities for students at UAH, one of the top research universities in the nation.

UAH removes barriers between teaching and research. UAH professors take their research into the classroom. (At UAH less than 2 percent of classes are taught by graduate teaching assistants.) And UAH brings students into its world-class, cutting-edge research labs.

UAH undergrads are involved in research projects in all departments on campus, from building experiments for suborbital rockets to developing special lenses or exploring possible medical uses for plants in tropic jungles.

Learning doesn't stop at the classroom door, so UAH students are building a satellite (*honest!*), helping high-tech industry solve real-life management and marketing problems, and working with patients in some of the most modern medical facilities in the region.

Through cooperative education or part-time employment arranged through the university, hundreds of UAH students get hands-on work experience in companies and government agencies engaged in space exploration, defense, electronics, computer hardware and software, optics, and much, much more.

UAH is large enough to offer a broad choice of study options, but small enough to retain its sense of each student as an individual. Academic standards are high. And unique opportunities beyond the classroom abound.

UAH. See for yourself what the environment is all about.

# UAH Academic Programs

### College of Administrative Science (Business)
Accounting
Business Economics
Contract Management & Procurement
Finance
Management
Management Information Systems
Marketing

### College of Liberal Arts
Art-Studio
Communication Arts
Elementary Education
Mathematics Education
English
Foreign Language/ International Trade
French
German
History
Music
Music Education
Philosophy
Political Science & Government
Psychology
Developmental Psychology
Public Affairs
Russian & Slavic Studies
Sociology
Spanish

### College of Engineering
Aerospace Engineering
Chemical Engineering
Civil Engineering
Computer Engineering
Electrical Engineering
Industrial & Systems Engineering
Mechanical Engineering
Operations Research
Optical Engineering
Optical Science & Engineering

### College of Nursing
Nursing

### College of Science
Atmospheric Science
Biological Science
Chemistry
Computer Science
Environmental Science
Materials Science
Applied Mathematics
Mathematics
Physics





**THE UNIVERSITY OF ALABAMA IN HUNTSVILLE**

MAPLES_0000827
CONFIDENTIAL

## Admission

...s new students for every term, and you ...o a year in advance. High school ...quired to submit test scores (ACT or ...ial transcripts along with the completed ...n.



## Tuition, Scholarships & Financial Aid

The cost of a college education is an important consideration. According to *US News & World Report*, UAH is the second-ranked "Best Buy" in the Southeast. (The top-ranked school doesn't charge tuition or fees, which isn't really fair.) Average tuition, fees, room and board for a full-time undergraduate student at UAH is about $6,390 per academic year.

UAH students received more than $5 million in financial aid in 1991-1992. The UAH Financial Aid Office can help with everything from financial planning to packaging aid through scholarships, work-study, loans and grants. The deadline for scholarship applications is February 1, while the deadline for other need-based financial aid is March 1.



## Student Life

UAH provides a complete college experience, including a rich and varied extracurricular program. There are more than 80 student clubs and organizations on campus, including dozens of honor societies, pre-professional clubs, sororities and fraternities. Cabarets, films, dances, concerts and lectures are offered throughout the year. UAH offers a full slate of intramural sports. And the UAH Chargers field varsity teams in basketball, soccer, volleyball, tennis, rowing and the southernmost NCAA ice hockey team in the U.S.!

## On-campus Housing

UAH's new residence hall offers modern comforts and privacy in the heart of the UAH campus. Each four-bedroom suite has private sleeping areas and semi-private bath and study. University housing is limited. Students interested in living on campus should apply early.















MAPLES_0000828
ONFIDENTIAL





# UNIVERSITY OF North Alabama




*Housing*—UNA has three centrally located, air conditioned residence halls to accommodate resident students. Also available are a married student apartment complex, a panhellenic (sorority) hall, and a number of fraternity houses.

*Director of Residence Life*
*Box 5037, Florence, AL 35632-0001*
*(205) 760-4235*

*Social*—The social environment of the University is traditionally collegiate with numerous opportunities for involvement in many different types of student organizations ranging from student government and Greeks to religious organizations, departmental clubs, and honoraries. There is also an active intramural sports program as well as fine arts activities: band (including marching, concert, and jazz), chorus, and theatre.

*Intercollegiate Athletics*—The UNA Lions compete in the Gulf South Conference, one of the nation's top Division II athletic conferences. Lion teams have won numerous conference championships in both men's and women's sports. Men's sports include football, basketball, baseball, cross country, tennis, golf, and riflery; women's sports include basketball, volleyball, softball, cross country, tennis and riflery.

*Athletic Department*
*Box 5071, Florence, AL 35632-0001*
*(205) 760-4397*

On-campus child care for three- and four-year-old children is available in the Child Development Center at Kilby School. Hours of operation are 8:00 a.m. to 3:00 p.m. For information, call the CDC at (205) 760-4244 or Kilby School at (205) 760-4303.

*Admissions*—You must meet admissions standards:

**—Freshman Checklist**
- ☐ Official high school transcript
- ☐ Official ACT or SAT score report (unless age 25 or older)
- ☐ Completed application
- ☐ $16.00 application fee

**—Transfer Checklist**
- ☐ Official transcripts from all colleges attended
- ☐ Official ACT or SAT score report (conditions apply)
- ☐ Completed application
- ☐ $16.00 application fee

*Office of Admissions*
*Box 5011, Florence, AL 35632-0001*
*(205) 760-4318*

**Campus tours** are available from 9:00 a.m. - 2:00 p.m. Monday through Friday. To request a tour, catalog, application form, or additional information contact:

*Office of University Events and Recruiting*
*Box 5068, Florence, AL 35632-0001*
*(205) 760-4608 or Call*
*1-800-TALK UNA (1-800-825-5862)*
*Admissions and Recruiting*



UNA is an Equal Opportunity Institution. Information contained herein is as it currently exists but is subject to change without prior notice.

MAPLES_0000829
CONFIDENTIAL










UNA has a traditional collegiate atmosphere. The beautiful campus is filled with flowering dogwoods and spreading oaks, as well as buildings that appear on the National Register of Historic Places. In addition to a wide variety of quality academic programs, UNA offers a full range of traditional collegiate activities, including intercollegiate athletics, band, theatre, fraternities and sororities, and residence hall living.

UNA's size and caring environment enable the individual student to take full advantage of the diverse academic and extracurricular activities. Classes are small, maximizing the interaction between student and professor, as well as among students. Social and leadership opportunities are also fostered by the size of the University.

### The Area



UNA is located in Florence, Alabama, which is in the Shoals area, in the northwestern part of the state. The Florence/Shoals area has a population of 137,000 and is located on the beautiful Tennessee River. The Shoals is noted for the recreational opportunities afforded by the river, for its music industry, and for being the birthplace of Helen Keller and blues great W. C. Handy.

### Academics

The focus of UNA is personalized, quality undergraduate education. There is an average class size of 25 and a student-faculty ratio of 20:1. The academic programs, which feature such unique majors as industrial hygiene and commercial music, include nationally accredited programs in areas such as education, nursing, social work, art, music, and chemistry.

*Available majors are listed below:*

### School of Arts and Sciences
Box 5021, Florence, AL 35632-0001
(205) 760-4288

Art/Fine Arts
Ceramics
Graphic Design
Painting
Photography
Sculpture
Biology, Environmental
Biology, General
Biology, Marine
Biology, Professional
Chemistry, General
Chemistry, Professional
Communication Arts
Computer Science
Criminal Justice
English
French
French, Commercial
General Studies
Geography, General
Geography, Professional
German
German, Commercial
History
Industrial Hygiene
Journalism
Mathematics
Music, Commercial
Music, Performance
Instrumental
Piano
Voice
Physics
Political Science
Pre-Allied Health
Pre-Agriculture/Forestry
Pre-Dentistry
Pre-Engineering
Pre-Law
Pre-Medical Technology
Pre-Medicine
Pre-Pharmacy
Pre-Veterinary Medicine
Psychology
Public Relations
Radio-TV-Film
Social Work
Sociology
Spanish
Spanish, Commercial
Theatre
Writing, Professional

### School of Business
Box 5013, Florence, AL 35632-0001
(205) 760-4261

Accounting
Accounting, CPA option
Administrative Office Services
Computer Information Systems
Economics
Finance
Management
Marketing

MAPLES_0000830
CONFIDENTIAL



CONFIDENTIAL

# CHORUS



KRISTI MONTERO



JUNIOR

Bottom to Top: Jeff Motes, Shane Butler, Keith Holt, Casey Andrews, Kelly Barkett, Lori Gilbert, Bonnie Young, Nancy Long, Lisa Lamon, Dee Dee Terry, Tracy Motes, Charlotte Kelly, Amanda Harris, Brooke Boggess, Cory Maples, Katina Bolan, Shannon Ferrell, Steven Haynes, Selina Kelly, Donald Kelly, Cindy Counts, Beth Dunn, Mike Clopton, Bradley Hampton, David Clopton, Mark Burgess, Tracey Burgess, Edward Clopton, Stacie Payne, Kim Shipley.



SENIOR

Bottom Row: Tara Black, Jodi Ferrel, Denese Cartee, Vikki Nelms, Bonnie Blasingame, Torrie Morgan. Middle Row: Donna McCarley, Amee Beasley, Cherie Waters, Julie Stockton, Karen Beddingfield, Angel Clements, Deanna Bridges, Melanie Parker. Top Row: Kevin Bolton, Dusty Herron, Andrea Jenkins, Garry Voss, Stepanie Moon, Michael Mize, Stephanie Bice, Dawn Whisenaut, Mary Gray, Emma Lamon, Deonna Tankersley.