

Long, Chris
Long, Nancy
Maples, Cory
Mayes, Felony
Mayes, Garcecis
McCary, Michael

Mcknight, Paula
Moats, Jeff
Moats, Tracy
Morgan, Amy
Morgan, Torrie
Morris, Brandon

Nelson, Belinda
Payne, Stacie
Powers, Loretta
Queen, Chris
Ratliff, Anthony
Reed, Amanda

Reed, Bobby
Ricks, Jona
Sawyer, Jason
Searcy, Paul
Shipley, Kim
Sutton, Sandi

Tucker, April
Tumminello, Sabrina
Vaughn, Shannon
Vickery, Mandy
Whited, Cindy
Williams, Lewis

Yocum, Jennifer
Young, Bonnie
Young, Dee-Dee

Eighth grade / 89

Hutto, Tawana
Hutto, David
Isabel, Tommy

Johnson, Bryan
Johnson, Johnathan
Lester, Heather
Letson, Gwyn
Long, Chris
Long, Nancy

Class Beauty — D

Maples, Cory

Mayes, Feloney

CONFIDENTIAL

MAPLES_0001966



Maner, Barry
Maples, Cory
Mayes, Felony
McCrary, Michael
McKnight, Paula
Morgan, Amy

Morgan, Torie
Morris, Brandon
Nelson, Belinda
Nelson, Chuck
Newberger, Tim
Payne, Stacy

Queen, Chris
Ratliff, Anthony
Ray, Horazona
Reed, Amanda
Reed, Bobby
Ricks, Jona

CONFIDENTIAL					MAPLES_0001968