# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

|  |  |
|---|---|
| CORY R. MAPLES,<br><br>Petitioner,<br><br>v.<br><br>JEFFERSON S. DUNN,<br>Commissioner of the Alabama<br>Department of Corrections,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.:<br>)  5:03-CV-02399-KOB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW

Wayne Morse ("Movant"), counsel for Petitioner Cory R. Maples in the above-captioned case, and respectfully moves this Honorable Court to enter an order withdrawing **Jonathan Su** as counsel for Petitioner in this matter. The reason is that Mr. Su is leaving the Latham & Watkins law firm to assume a role in the federal government. The remaining counsel of record for Petitioner will continue to represent him. This motion to withdraw is only for Mr. Su.

Movant does not seek this withdrawal of counsel for delay or other improper purpose and submits that such withdrawal will not prejudice the Court or any party.

1

Dated: December 29, 2020

                                      Respectfully Submitted,

                                      */s/ Wayne Morse*
Wayne Morse
WALDREP, STEWART & KENDRICK, LLC
2323 Second Avenue North
Birmingham, Alabama 35203
Telephone: (205) 254-3216
Facsimile: (205) 324-3802
wmorse@wskllc.com

*Counsel for Petitioner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send a copy to all counsel of record.

/s/ *Wayne Morse*
Wayne Morse