# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| COREY R. MAPLES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.   5:03-cv-02399-KOB |
| ) | |
| JEFFERSON S. DUNN, ) | |
| Commissioner of the Alabama ) | |
| Department of Corrections, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF INITIATION OF PROCEEDINGS

Comes now the Respondent in the above-styled cause, by and through the Attorney General of the State of Alabama, and notifies this Honorable Court of the following:

1. On January 27, 2022, this Court entered a final order that a "writ of habeas corpus shall issue directing the State of Alabama to vacate and set aside the sentence of death sentence of Cory R. Maples unless, within 90 days of this judgment's entry, the State of Alabama initiates proceedings to retry Maple's sentence." Doc. 198.

2. On February 24, 2022, the State moved the Circuit Court to assign the case to a judge for retrial of the penalty phase and to set a status conference. *See* Attachment 1.

3. On February 25, 2022, Circuit Judge Charles B. Elliott set a hearing to occur on April 4, 2022. *See* Attachment 2.

Thus, the State provides notice to this Honorable Court that it has initiated proceedings to retry the sentence and penalty phase within the time set by this Court's order.

    Respectfully submitted,

    Steve Marshall
    *Attorney General*

    *s/ Polly S. Kenny*
    **Polly S. Kenny**
    *Assistant Attorney General*

    *s/ Richard D. Anderson*
    **Richard D. Anderson**
    *Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and certify that I will send a copy of the foregoing to the following:  **Elana Nightingale Dawson, Gary Alexion, Gregory Garre, John G. Butler, Jr., Kathy E. Brewer, Janice Wang, Jonathan C. Su, Anna M. Rathbun and Rebekah L. Soule.**

*s/ Polly S. Kenny*
**Polly S. Kenny**
*Assistant Attorney General*


ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
(334) 353-9218 Office
(334) 353-8400 Fax
Polly.Kenny@AlabamaAG.gov